DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax 212 909 6836
www.debevoise.com

June 4, 2014


Judge Paul A. Engelmayer
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2201
New York, NY 10007

**Re: Doe v. Annucci et al. (14-cv-2953)**

Dear Judge Engelmayer:

      I write to further update the Court on the status of Plaintiffs' request for a temporary restraining order and preliminary injunction.  Regional Director Gayle Walthall today transmitted the attached draft of the modifications to be made to Mr. Doe's parole conditions.  In a subsequent telephone call, Ms. Walthall confirmed that the modifications are final, and that Mr. Doe will receive a signed copy of his modified conditions later this afternoon.

      As indicated in the attached draft, the modification to Board Imposed Special Condition #13 and Parole Officers Imposed Special Condition #2 permits Mr. Doe unrestricted contact with his two biological children.  The elimination of Parole Officer Imposed Special Condition #9 permits him to maintain children's products in his home.

      In light of Regional Director Walthall's modification of Mr. Doe's parole conditions to permit Mr. Doe unrestricted contact with his biological children, Plaintiffs' requests for preliminary injunctive relief are now moot and, accordingly, withdrawn.

      Respectfully submitted,


       /s/ Blair R. Albom

      Blair R. Albom

Attachment

Board Imposed Special Condition #13 and Parole Officers Imposed Special Condition #2 is modified to read:  I will have no contact with any person under the age of eighteen without the written permission of the Supervising Parole Officer.  The only exceptions would be that I am allowed unrestricted contact with my 2 biological children as requested.  The specific biological children are identified as REDACTED REDACTED and REDACTED.  I understand that my unsupervised contact with persons under 18 is limited to the two children listed in this condition.  In order for me to have contact with any other person under the age of 18, I must request permission in writing from my Supervising Parole Officer.

I understand that this modification only applies to Special Condition #13, I am still required to comply with all conditions, Special Condition and Sex Offender specific conditions of Parole.

Parole Officer imposed Special Condition #9 will be removed.