## GLEASON, DUNN, WALSH & O'SHEA
### ATTORNEYS
### 40 BEAVER STREET
### ALBANY, NEW YORK 12207
### (518) 432-7511
### FAX (518) 432-5221
### www.gdwo.com

FRANK C. O'CONNOR III
BRENDAN C. O'SHEA
MARK T. WALSH
RONALD G. DUNN
THOMAS F. GLEASON
MICHAEL P. RAVALLI*
LISA F. JOSLIN†
RICHARD C. REILLY

TAMMY L. CUMO^
COUNSEL

DANIEL A. JACOBS
PETER N. SINCLAIR
NATALIE S. PETERMAN

HAROLD E. KOREMAN
(1916 – 2001)

* ALSO ADMITTED IN CONNECTICUT
† ALSO ADMITTED IN VERMONT
^ ALSO ADMITTED IN MASSACHUSETTS

August 28, 2014
**VIA ECF**

Hon. Paul A. Engelmayer, U.S. District Judge
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Rm. 2201
New York, NY 10007

RE:   **Doe, et al. v. Anthony Annucci, Tina Stanford, Terrence Tracy, et al.**
       SDNY 14-CV-2953 (PAE/JLC)
       Our File No. 14-233

Dear Judge Engelmayer:

This firm represents defendants Annucci, Stanford and Tracy in the above-referenced matter.

On August 5, 2014, Your Honor issued an Order setting August 28, 2014 as the deadline for the plaintiffs to either amend their Complaint or respond to defendants' motions to dismiss and setting September 11, 2014 as the defendants' deadline for any response thereto.

Subsequently, plaintiffs requested and were granted an extension until September 4, 2014 to file an Amended Complaint. Under the established timeframes, that extension would allow defendants only one week to prepare and file any response to the Amended Complaint.

Plaintiffs respectfully request a like extension so that defendants will have until September 18, 2014 to respond to the plaintiffs' Amended Complaint.

We thank you for your consideration.

Respectfully yours,

GLEASON, DUNN, WALSH & O'SHEA

By_____
      MARK T. WALSH

MTW/ks

cc:   All Parties
       **VIA ECF**