UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE and JANE DOE, Individually and
on behalf of M.S., an Infant, as Next Friends,

                            Plaintiffs,

- against -

ANTHONY ANNUCCI, Acting Commissioner of the
New York State Department of Corrections and
Community Supervision; JOSEPH LIMA, Bureau Chief
of the Manhattan VI Area Office of the New York State
Division of Parole; Parole Officer EMILY SCOTT;
Parole Officer SIMON VALERIO; Parole Officer
REBECCA RODRIGUEZ; Parole Officer RENNIE
RODRIGUEZ; Senior Parole Officer RICHARD
ROSADO; and Senior Parole Officer JAMES
CAPPIELLO.

                            Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/14
```

14 Civ. 2953 (PAE)

[PROPOSED]

**ORDER**

PAUL A. ENGELMAYER, District Judge:

      The Court has previously permitted Plaintiffs to proceed anonymously in this case and for the redaction of certain categories of personally-identifying and sensitive information from the original Complaint. Plaintiffs are hereby instructed to promptly file an unredacted copy of Plaintiffs' First Amended Complaint under seal.

SO ORDERED.

*Paul A. Engelmayer*

Hon. Paul A. Engelmayer
United States District Court Judge

Dated: September 9, 2014

New York, New York