UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE and JANE DOE, Individually and
on behalf of M.S., an Infant, as Next Friends,

                         Plaintiffs,

          - against –

ANTHONY ANNUCCI, Acting Commissioner of the
New York State Department of Corrections and
Community Supervision; JOSEPH LIMA, Bureau Chief of the
Manhattan VI Area Office of the New York State
Division of Parole; Parole Officer EMILY SCOTT;
Parole Officer SIMON VALERIO; Parole Officer
REBECCA RODRIGUEZ; Parole Officer RENNIE
RODRIGUEZ; Senior Parole Officer RICHARD ROSADO;
and Senior Parole Officer JAMES CAPPIELLO,
                         Defendants.

NOTICE OF MOTION
TO DISMISS FIRST
AMENDED COMPLAINT

14-CV- 2953 (PAE) (JLC)

      PLEASE TAKE NOTICE that upon the accompanying Affirmation of Edward M. Kratt, dated September 16, 2014, and the Memorandum of Law of defendant Richard Rosado in Support thereof, and upon all of the pleadings and prior proceedings had herein, said Defendant will move this Court pursuant to FRCP Rule 12(b) at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, NY 10007-1312, on a date that is convenient to the Court, and/or at such time as the Court may direct, for an Order: granting Defendant's motion to dismiss the First Amended Complaint regarding plaintiffs' claims against him for failure to state a cause of action under FRCP Rule 12(b)(6); granting Defendant's motion to dismiss the First Amended Complaint regarding plaintiffs' claims against him for lack of subject matter jurisdiction under FRCP Rule 12(b)(1); and, for such other and further relief as this Court may deem just and proper.

1

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within fourteen (14) days after the service of the motion papers and any reply affidavits and memoranda of law shall be served within seven (7) days after service of the answering papers.

Dated: New York, New York
September 16, 2014

HAMMOCK & SULLIVAN PC

By: /s/_____
Edward M. Kratt, of Counsel
Attorneys for Defendant Richard Rosado

130-30 31st Avenue, Suite700
Flushing, New York 11354
(718) 358-6400
edkratt@aol.com

cc: All Counsel of Record *via* ECF