# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

LUCAS ANDERSON

Tel: (212) 571-5500
Fax: (212) 571-5507

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/15

July 17, 2015

BY ECF

Hon. Paul A. Engelmayer
United States Courthouse
40 Foley Square
New York, New York 10007

MEMO ENDORSED

Re: ABC v. DEF (Doe v. Annucci)
Dkt #: 14 Cv. 2953 (PAE)

Dear Judge Engelmayer:

My office represents James Cappiello in the above-captioned matter. Your Order of July 15, 2015 directs "principal trial counsel" to appear at the scheduled July 28 pre-trial conference. I will be principal trial counsel in the matter for Mr. Cappeillo. I have long-standing pre-paid vacation plans to be out of the country on July 28. With the consent of my client and no objection from plaintiff's counsel, I write to request that a partner from my firm, Jeremy Schneider, be permitted to represent Mr. Cappiello at the conference. That partner will have full authority to make all decisions with respect to settlement and scheduling, and any other matter which may arise at the conference.

Thank you very much for your consideration.

Sincerely,

Robert A. Soloway

Granted.

RAS:sc

SO ORDERED: 7/20/15

Paul A. Engelmayer
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE