**Debevoise & Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

MEMO ENDORSED

```
US
D          T
E.
DO
DATE FILED: 9/24/15
```

September 22, 2015

BY ECF

Judge Paul A. Engelmayer
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2201
New York, NY 10007

### Re: Doe v. Annucci et al. (14-cv-2953)

Dear Judge Engelmayer:

I write to confirm that pursuant to the Court's order of August 26, 2015 (Dkt. No. 175), the parties met and conferred on September 15, 2015 regarding issues related to discovery and possible settlement. Representatives from the New York Department of Corrections and Community Supervision and the New York State Office of the Attorney General attended the conference.

The parties are presently prepared to move forward with discovery according to the Case Management Plan approved by Your Honor (Dkt. No. 174).

Respectfully submitted,

9/24/15

/s/ Blair R. Albom

Blair R. Albom

The Court appreciates this notification.

cc: All counsel (via ECF)

**SO ORDERED:**

*Paul A. Engelmayer*

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE