# Exhibit A

STATE OF NEW YORK

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

APPLICATION FOR CONDITIONAL RELEASE TO COMMUNITY SUPERVISION

NAME: ▇   DIN #: ▇   NYSID #: ▇

CONTINUATION OF FORM 3041 - 12) SPECIAL CONDITIONS

1. I will seek, obtain and maintain employment and/or an academic/vocational program.
2. I will submit to substance abuse testing, as directed by supervising parole officer.
3. I will participate in a substance abuse treatment program, as directed by the supervising parole officer.
5. I will not consume alcoholic beverages.
6. I will not frequent any establishment where alcohol is sold or served as its main business without the written permission of the supervising parole officer.
7. I will not operate any motor vehicle, apply for, renew, or possess any driver's license without the permission of the supervising parole officer.
8. I will abide by a curfew, established by the supervising parole officer.
9. I will support my dependent children.
10. I will participate in anti-aggression/anti-violence counseling as directed by the supervising parole officer.
12. I will participate in sex offender counseling/treatment, as directed by the supervising parole officer.
13. I will have no contact with any person under the age of eighteen, without the written permission of the supervising parole officer.
14. I will comply with all case-specific sex offender conditions to be imposed by the supervising parole officer.
15. I will not associate in any way of communicate by any means with (victim) ▇ without the permission of the supervising parole officer.
18. I will cooperate with all medical referrals and treatment recommendations.
27. Other – Geographic restrictions.
28. I will abide by the mandatory condition imposed by the Sexual Assault Reform Act, Chapter 1 of the Laws of 2000 ("S.A.R.A.").
32. I will not use or possess any medications or supplements designed or intended for the purpose of enhancing sexual performance or treating erectile dysfunction without the written permission of my parole officer and the approval of his or her area supervisor.
33. I will participate in the Division of Parole's polygraph program as directed by my parole officer. I understand that this will include periodic polygraph sessions consisting of a pre-examination interview, polygraph examination and post-test interview with the Polygraph Examiner or my Parole Officer.
35. I will abide by the mandatory condition imposed by the Electronic Security and Targeting of Online Predators Act of 2008.

I hereby certify that I have read and that I understand the foregoing conditions of my release and that I have received a copy of this Certificate of Release.

Signed this _____ day of _____, 20___

Releasee ▇   Witness: _____

APPENDIX E

State of New York
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

MANDATORY CONDITION OF RELEASE TO PAROLE SUPERVISION

Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  NYSID: ▓▓▓▓▓▓▓▓

Date of Release: CR: 11-2-11   Supervision Maximum: 3-2-16

I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , acknowledge that under the provisions of my Conditions of Release that the following Mandatory Condition has been imposed upon me and that this Mandatory Condition will remain in effect until the termination of my legal period of supervision, 3-2-16 unless otherwise amended in writing by the Dept. of Corrections and Community Supervision.

"I will not use the internet to access pornographic material, access a commercial social networking website*, communicate with other individuals or groups for the purpose of promoting sexual relations with persons under the age of eighteen, and communicate with a person under the age of eighteen unless I receive written permission from the Board of Parole to use the internet to communicate with a minor child under eighteen years of age who I am the parent of and who I am not otherwise prohibited from communicating with."

*"*Commercial social networking website*" means: any business, organization or other entity operating a website that permits persons under eighteen years of age to be registered users for the purpose of establishing personal relationships with other users, where such persons under eighteen years of age may: (i) create web pages or profiles that provide information about themselves where such web pages or profiles are available to the public or to other users; (ii) engage in direct or real time communication with other users, such as a chat room or instant messengers; and (iii) communicate with persons over eighteen years of age; provided, however, that, for purposes of this, a commercial social networking website does not include a website that permits users to engage in such other activities as are not enumerated herein.

I hereby certify that I have read and understand the above mandatory condition of my release and that I have received a copy of this mandatory condition.

Signed this _____ day of _____ 20__

Releasee: ▓▓▓▓▓▓▓▓▓▓   Witness: _____

Copy to: Releasee; Case File; Area Office; Quality Control; Central File

15

## APPENDIX B

State of New York
**Department of Corrections and Community Supervision**

MANDATORY CONDITION OF RELEASE TO PAROLE SUPERVISION

Name: ███████████████████ NYSID: ███████
Date of Release: CR: 11-2-11    Supervision Maximum: 3-2-16
Facility: Altona C.F.

I, ███████████████, acknowledge that under the provisions of my Conditions of Release that the following Mandatory Condition has been imposed upon me and that this Mandatory Condition will remain in effect until the termination of my legal period of supervision, 3-2-16 unless otherwise amended in writing by the Dept. of Corrections and Community Supervision.

"I **WILL NOT** knowingly enter into or upon any school grounds as that term is defined in Penal Law §220(14), or any other facility or institution primarily used for the care or treatment of persons under the age of eighteen (18) while one or more of such persons under the age of eighteen (18) are present.

Only under the following circumstances may I enter upon or into the buildings or grounds of such facilities or institutions:

1) When I am a registered student, participant or employee of one of the described institutions or facilities and have the written permission of either the superintendent or chief administrator of such institution or facility **and** my Parole Officer for the limited purpose stated by these individuals;

2) I am an employee of a business that has a contract with one of the described institutions or facilities and have the written permission of either the superintendent or chief administrator of such institution or facility **and** my Parole Officer for the limited purpose stated by these individuals; or

3) I have a family member who is enrolled in one of the described institutions or facilities and have the written permission of either the superintendent or chief administrator of such institution or facility **and** my Parole Officer for the limited purpose stated by these individuals.

"*School grounds*" means (a) in or on or within any building, structure, athletic playing field, playground or land contained within the real property boundary line of a public or private elementary, parochial, intermediate, junior high, vocational, or high school, or (b) any area accessible to the public located within one thousand feet of the real property boundary line comprising any such school or any parked automobile or other parked vehicle located within one thousand feet of the real property boundary line comprising any such school. For the purposes of this section an "area accessible to the public" shall mean sidewalks, streets, parking lots, parks, playgrounds, stores and restaurants.

I hereby certify that I have read and understand the above mandatory condition of my release and that I have received a copy of this mandatory condition.

Signed this _____ day of _____, 20__.

Releasee ███████████    Witness: _____

Copy to: Releasee; Case File; Central File

CONFIDENTIAL                                                    DOCCS0017053

*ATTACHMENT A*

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

NAME: ███████████████   NYSID: ████████

**NOTICE OF POLYGRAPH EXAMINATION REQUIREMENTS AND PROCEDURES**

The following are the requirements and procedures associated with the Polygraph examination special condition:

1. As a condition of parole supervision and/or Strict and Intensive Supervision and Treatment (SIST), I may be required to undergo one or more polygraph examinations.

2. The purpose of the polygraph examination is to determine whether or not I am complying with my sex offender treatment, parole and/or SIST supervision conditions, and/or if I have re-offended while on parole and/or SIST supervision.

3. Such examinations will occur as directed by my supervising Parole Officer.

4. The polygraph examination **session** consists of a pre-test interview, a polygraph examination with a NYS Division of Parole Polygraph Examiner, and a post-test interview with my Parole Officer and/or Polygraph Examiner.

5. Failure to fully cooperate and participate in any aspect of the polygraph examination **session,** including refusal to answer questions during the examination, may be grounds for violation of my parole and/or SIST supervision.

6. Answers to questions during the polygraph examination **session** may be used in determining appropriate sanctions to be implemented by the Division of Parole or an appropriate Court, including a parole violation hearing or Article 10 civil management proceedings. Additionally, admissions to criminal behavior will result in referral to appropriate law enforcement authorities for investigation and possible prosecution.

7. Any admission to criminal behavior during the polygraph examination **session** may be used against me in a court of law.

I have fully read the above conditions regarding the New York State Division of Parole's Polygraph requirements and procedures. I fully understand each of the above statements as they have been presented to me.

Parolee/Respondent Signature/Date: ███████████ / 10/2/14

Parole Officer Signature/Date: _____ / 10/2/14

cc: case file
    parolee/respondent                                                       revised 6/08

Form 9625

*APPENDIX B*

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**SPECIAL CONDITIONS OF RELEASE TO PAROLE SUPERVISION**

Name: █████████████████████     NYSID: ████████
Date of Release: _____CR: 11-2-11_____   Supervision Maximum: 3-2-16

I, ██████████████████████████, acknowledge that under the provisions of my Conditions of Release that the following Special Conditions have been imposed upon me and that these Special conditions will remain in effect until the termination of my legal period of supervision 3-2-16 _____ Unless otherwise amended, in writing by the Division of Parole.

I **WILL NOT** own, use, possess, purchase or have control of any computer, computer related material, electronic storage devices, communication devices and/or the Internet unless I obtain prior written permission from my Parole Officer. Furthermore, if approved:

- If I am permitted by my Parole Officer to possess a computer at my residence, permission will be granted for only one computer.
- I will provide all personal, business, phone, internet service provider, and/or cable records to my Parole Officer upon request.
- I will provide copies of financial documents to my Parole Officer upon request. These documents may include, but are not limited to, all credit card bills, bank statements, and income tax returns.
- I will provide all user id's and passwords required to access the computer, my C.M.O.S. and BIOS, internet service provider, any/all email accounts, instant messaging accounts, any removable electronic media, including but not limited to media such as smart cards, cell phones, thumb drives and web virtual storage.
- I will provide my Parole Officer with my password and user id for any approved device.
- I acknowledge that individuals who have access to my computer system and/or other communication or electronic storage devices will also be subject to monitoring and/or search and seizure. I agree to be fully responsible for all material, data, images and information found on my computer and/or other communication or electronic storage devices at all times.
- I will not create or assist directly or indirectly in the creation of any electronic bulletin board system, services that provide access to the Internet, or any public or private computer network without prior written approval from my Parole Officer.
- I will not use any form of encryption, cryptography, stenography, compression and/or other method that might limit access to, or change the appearance of, data and/or images without prior written approval from my Parole Officer.
- I will not attempt to circumvent, alter, inhibit, or prevent the functioning of any monitoring or limiting equipment, device or software that has been installed by or at the behest of, or is being utilized by, the Division of Parole for the purposes of recording, monitoring or limiting my computer or Internet use and access, nor will I tamper with such equipment, device or software in any way.
- I will cooperate with unannounced examinations directed by my Parole Officer of any and all computer (s) and/or other electronic devices(s) to which I have access. This includes access to all data and/or images stored on hard disk drives, floppy diskettes, CD ROMs, optical disks, magnetic tape, cell phones, and/or any other storage media whether installed within a device or removable.
- I will install or allow to be installed, at my own expense, equipment and/or software to monitor or limit computer use.

I hereby certify that I have read and understand the above Special Conditions of my release and that I have received a copy of these Special Conditions.

Signed this _____ day of _____ _____
Releasee: ████████████████████  Witness: _____

3020A Computer/Electronic/Communication Devices/Internet
Copy to Releasee; Area Office; Central Office