# Exhibit 3

**Part 1 of 3**

```
CMSCHRON* * *      NEW YORK STATE - DOCCS     * * *      DATE: 04/28/2014
                   COMMUNITY SUPERVISION                  PAGE:     1
                   PAROLEE CHRONO REPORT
                   FROM 01/01/1999 THRU 04/28/2014

   NAME:   ███████████                AREA: BRONX II
   NYSID:  ███████████                SPO NAME: ARMSTRONG,JENNIFER
   DIN:    ███████████                PO NAME: RISSING,ALISON

   DATE       TIME    TYPE                     ACTIVITY         LOCATION
```

ENTERED BY: RISSING,ALISON M
04/27/2014 09:33PM HOME VISIT W/PAROLEE       CURFEW
CONTACT ADDRESS: ███████████████████████████████
2371. SEENINSIDE OF APPROVED RESIDENCE. GAVE WRITER WORK SCHEDULE THAT INCLUDES
 A SUPER LATE NIGHT AND AN EARLY MORNING. SUBJECTR EPORTS THAT FAMILY IS FLYING
 INTO NY AND WILLBE ASKING FOR EXTENSION OF CURFEW FOR DINNER WITH THEM. NRD 5/
07/14. DISCUSSED SUBJECTS 5/5/14 PARENTAL CASE CONFERENCE AT 314 WEST 40TH STRE
ET. SUBJECT STATES HIS UNDERSTANDING.
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: CASTILLO,JENNITZA
REPORT TAKEN BY: CASTILLO,JENNITZA
04/16/2014 06:30PM OFFICE REPORT W/PAROLEE    PROGRAM VERIFIED
SUBJECT REPORTED. NO POLICE CONTACT. NO DRUG USE REPORTED. SUBJECT HAS SAME EMP
LOYMENT. SUBJECT PROVIDED PAYSTUB FOR 04/4/14/ FOR $387.97 AND FOR 04/11/14 FOR
 $387.97.SAME RESIDENCE. NRD 04/30/14.
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: ARMSTRONG,JENNIFER A
04/11/2014 10:45AM CASE CONFERENCE
WORKS PAYSTUBS, RENTS SELF CONTAINED ROOM, COMPLETED ALL PROGRAMS CLEAN
URINES REPORTS AS DIRECTED POSITIVE CURFEWS
                    CONTINUE TO MONITOR
SPO REVIEW: 04/11/2014
------------------------------------------------------------------------
ENTERED BY: HOGAN,WILLIAM
04/10/2014 11:10AM LETTER TO OTHER
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
------------------------------------------------------------------------
ENTERED BY: HOGAN,WILLIAM
04/10/2014 11:05AM OTHER WORK
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
------------------------------------------------------------------------
ENTERED BY: HOGAN,WILLIAM
04/10/2014 11:00AM LETTER TO OTHER
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
------------------------------------------------------------------------
ENTERED BY: HOGAN,WILLIAM
04/09/2014 03:00PM LETTER FROM OTHER
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
------------------------------------------------------------------------
ENTERED BY: RISSING,ALISON M
04/08/2014 09:30PM HOME VISIT W/PAROLEE       CURFEW
CONTACT ADDRESS: ███████████████████████████████
2371. SEEN INSIDE APPROVED RESIDENCE.
SPO REVIEW: NONE
------------------------------------------------------------------------

```
CMSCHRON* * *       NEW YORK STATE - DOCCS       * * *     DATE: 04/28/2014
                    COMMUNITY SUPERVISION                  PAGE:    2
                    PAROLEE CHRONO REPORT
                    FROM 01/01/1999 THRU 04/28/2014

    NAME:  █████████                      AREA: BRONX II
    NYSID: █████████                      SPO NAME: ARMSTRONG,JENNIFER
    DIN:   █████████                      PO NAME: RISSING,ALISON

    DATE       TIME    TYPE                       ACTIVITY         LOCATION
```

ENTERED BY: RISSING,ALISON M
04/02/2014 06:40PM OFFICE REPORT W/PAROLEE    PHOTO TAKEN
                                              EMP VERIFIED
                                              CURFEW DISCUSSED
                                              REVIEWED CONDITIONS
REPORTED AS DIRECTED. NO REPORTED LEC. NO REPORTED CHANGE TO RESIDENCE. DENIES
DRUGA ND ALCOHOL USE. REQUESTS PERMISSION TO EXTEND CURFEW FOR BIRTHDAY FOR DIN
NER AT A RESTAURANT IN MOUNT VERNON. SUBJECT TO CALL WITH MORE DETAILS UNTIL TH
EN THE REQUEST IS DENIED. REVIEWED PAYSTUBS 3/21 $321 AND 3/28 $387. REQUESTS P
ERMISSION TO GET DRIVERS LICENSE. NRD 4/16/14.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: RISSING,ALISON M
03/30/2014 12:00PM HOME VISIT NEGATIVE
CONTACT ADDRESS: ████████████████████████████
2371. KNOCKED ON SUBJECTS DIRECT ROOM DOOR. NO ANSWER.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: ARMSTRONG,JENNIFER A
03/28/2014 01:00PM CASE CONFERENCE
TRANSFER FROM MAN 6 IN A ROOM. COMPLETED NYCATS, WORKS PAYSTUBS, CLEAN URINES
                    CONTINUE TO MONITOR
SPO REVIEW: 03/28/2014
------------------------------------------------------------------------------
ENTERED BY: RISSING,ALISON M
03/23/2014 09:25PM HOME VISIT W/PAROLEE         CURFEW
CONTACT ADDRESS: ████████████████████████████
2371. SEEN INSIDE OF APPROVED RESIDENCE. NO REPORTED PROBLEMS. PLAIN VIEW SEARC
H OF ISOLATED RENTED ROOM WITH BATHROOM. NO CONTRABAND SEEN. NO COOKING FACILIT
Y. F-17 UPDATED.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: RISSING,ALISON M
03/20/2014 11:30AM PROGRAM VISIT W/OTHER
CONTACT ADDRESS: 598 BROADWAY, NY, NY
2371, 2466, & 111. @ NYCATS. SPOKE WITH MS. KRIEGER. ALL SUBJECTS IS CURRENT AN
D COMPLIANT. AS SOON AS COMPLETION IS CONFIRMED THE LETTER INDICATING COMPLETIO
N WILL BE MAILED OUT TO THE PAROLE OFFICER.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: RISSING,ALISON M
03/19/2014 06:30PM OFFICE REPORT W/PAROLEE    URINE/DRUG NEGAT
                                              FEES DISCUSSED
                                              REVIEWED CONDITIONS
                                              CURFEW DISCUSSED
REPORTED AS DIRECTED. NO REPORTED LEC. NO REPORTED CHANGE TO RESIDENCE. DENIES
DRUG AND ALCOHOL USE. SPECIAL CONDITIONS SIGNED AND DATED. CURFEW WHEN HE IS NO
T WORKING THE CURFEW IS 9PM - 7AM. WHEN WORKING THE CURFEW IS 9PM - 515AM. TOMO
RROW THE SUBJECT IS NOT WORKING - HE HAS AN APPOINTMENT WITH ATTORNEY. NRD 4/2/
14
SPO REVIEW: NONE
------------------------------------------------------------------------------

```
CMSCHRON* * *        NEW YORK STATE - DOCCS         * * *       DATE: 04/28/2014
                     COMMUNITY SUPERVISION                      PAGE:     3
                     PAROLEE CHRONO REPORT
                 FROM 01/01/1999 THRU 04/28/2014

   NAME:                                            AREA: BRONX II
   NYSID:                                       SPO NAME: ARMSTRONG,JENNIFER
   DIN:                                          PO NAME: RISSING,ALISON

   DATE       TIME    TYPE                        ACTIVITY         LOCATION
```

ENTERED BY: RISSING,ALISON M
03/14/2014 03:00PM OFFICE REPORT W/PAROLEE     CURFEW DISCUSSED
                                               REVIEWED CONDITIONS
REPORTED AS DIRECTED. PAYSTUB DATED 3/14/14. LEAVING RESIDENCE AT 5:15AM FOR WO
RK AT 730AM. WORK DAY ENDS AT 430PM OR 8PM IF THERE IS OVERTIME. SUBJECT HAS A
SMART PHONE. NRD 3/19/14
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: BRYANT,MARCUS
REPORT TAKEN BY: BRYANT,MARCUS
03/13/2014 10:49AM TELEPHONE FROM PAROLEE      DUTY OFFICER
 PAROLEE CONTACTED PAROLE OFFICE TO REPORT THAT HE DID MAKE OFFICE REPORT ON 3/
12/14 HOWEVER OFFICE WAS CLOSED. PAROLEE WAS TOLD TO MAKE OFFICE REPORT BY FRID
AY 3/14/14. PAROLEE STATED HE WORKS HOWEVER HE WILL REPORT TO PAROLE OFFICE ON
3/14/14 BEFORE CLOSE OF BUSINESS.
SPO REVIEW: 03/14/2014
--------------------------------------------------------------------------------
ENTERED BY: RISSING,ALISON M
03/10/2014 07:00PM CASE CONFERENCE             FIELD ALERT!
SPO ARMSTRONG. DISCUSSED THE TRANSFER OF THE CASE FROM MAN 6 BEFORE A HV WAS CO
NDUCTED. THIS TRANSFER WAS NOT APPROVED OR DENIED BY THIS WRITER. IT WAS RECEIV
ED ON 3/4/14 WITH ASSIGNMENT TO THIS WRITER ONLY. NO FURTHER INSTRUCTIONS E-MAI
LED. DIRECTIVE - SEND THE CASE BACK TO MAN 6 PO MERCEDES. TRANSFERS ARE SUSPEND
ED.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: MERCEDES,MILZA
AREA: MANHATTAN VI   SPO NAME: ROSADO,RICHARD    PO NAME: MERCEDES,MILZA
03/10/2014 12:00PM OTHER WORK
  CASE SUBMITTED TO BE FIX AND SOURCE.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: MERCEDES,MILZA
AREA: MANHATTAN VI   SPO NAME: ROSADO,RICHARD    PO NAME: MERCEDES,MILZA
03/06/2014 05:24PM OFFICE REPORT W/PAROLEE
 IN OFFICE. SUBJECT RECEIVED REPORTING INSTRUCTION TO REPORT TO PO RISSING ON 0
3/12/14 BX 02. NO POLICE CONTACTS. NO DRUG/ALCOHOL USAGE. SAME ADRESS. NEXT REP
ORT DATE 03/12/14 TO PO RISSING.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: MERCEDES,MILZA
AREA: MANHATTAN VI   SPO NAME: ROSADO,RICHARD    PO NAME: MERCEDES,MILZA
03/06/2014 10:00AM LETTER FROM OTHER
   TRANSFER ACCEPTED EMAIL RECEIVED.  ASSIGNED TO PO RISSING SPO ARMSTRONG.
SPO REVIEW: NONE
--------------------------------------------------------------------------------

```
CMSCHRON* * *        NEW YORK STATE - DOCCS        * * *      DATE: 04/28/2014
                     COMMUNITY SUPERVISION                    PAGE:    4
                     PAROLEE CHRONO REPORT
                   FROM 01/01/1999 THRU 04/28/2014

   NAME:                                           AREA: BRONX II
   NYSID:                                          SPO NAME: ARMSTRONG,JENNIFER
   DIN:                                            PO NAME: RISSING,ALISON

   DATE       TIME    TYPE                         ACTIVITY            LOCATION
```

ENTERED BY: MERCEDES,MILZA
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: MERCEDES,MILZA
03/04/2014 02:49PM TRANSFER SUMMARY
THE SUBJECT RESIDE AT ████████████████████, NY IS AN APT STUDIOS IN THE FI
RST FL FIRST APT TO THE RIGHT BEFORE ENTERING THE SECOND DOOR TO THE LOBBY. SUB
JECT COMPLETED SEX OFFENDER PROGRAM AT NYCATS. THE SUBJECT REQUESTED CONTACT WI
TH HIS BIOLOGICAL MINOR CHILDREN. THE REQUEST WAS DISAPPROVED BY B/C JOE LIMA.
SPO REVIEW: NONE
----------------------------------------------------------------------
ENTERED BY: MERCEDES,MILZA
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: MERCEDES,MILZA
02/24/2014 10:00PM HOME VISIT W/PAROLEE    CURFEW
CONTACT ADDRESS: ████████████████████
SUBJECT SEEN AT HIS RESIDENCE.
SPO REVIEW: NONE
----------------------------------------------------------------------
ENTERED BY: MERCEDES,MILZA
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: MERCEDES,MILZA
02/24/2014 11:00AM LETTER FROM OTHER
   EMAIL RECEIVED FROM BUREAU CHIEF  JOE LIMA MANH 06. REGARDING REQUEST FOR PAR
ENTAL CONTACT WITH BIOLOGICAL/MINOR CHILDREN. REQUEST HAS BEEN DISAPPOVED.
   LETTER FILED INSIDE CASE FOLDER.
SPO REVIEW: NONE
----------------------------------------------------------------------
ENTERED BY: MERCEDES,MILZA
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: MERCEDES,MILZA
02/20/2014 05:18PM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                              WITH SUPERVISOR
IN OFFICE. SUBJECT REPORTED NO POLICE CONTACTS. CONDITION OF RELEASE TO PAROLE
SUPERVISION DISCUSSED. SUBJECT INDICATED SAME ADRESS. SAME EMPLOYMENT. NO DRUG/
ACOHOL USAGE. NRD 03/06/14
SPO REVIEW: NONE
----------------------------------------------------------------------
ENTERED BY: RUSSELL,ANA L
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: MERCEDES,MILZA
02/19/2014 01:00PM CIRIS WEB INQUIRY                              AREA OFFICE
CONTACT DETAIL AND ACTION PLAN:
AS PER SPO/ROSADO, CIRIS INDICATES THAT CASE ADDRESS AT ████████████████
████, IS SARA COMPLIANT.
SPO REVIEW: NONE
----------------------------------------------------------------------
ENTERED BY: HAMILTON,RENELL J
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: MERCEDES,MILZA
REPORT TAKEN BY: HAMILTON,RENELL
02/18/2014 10:20PM OTHER VISIT W/OTHER
VISIT CONDUCTED FOR VISUAL INSPECTION FOR SARA COMPLIANCE. THERE WERE NO SCHOOL
S OBSERVED WITHIN A 4 BLOCK RADIUS OF THIS RESIDENCE. THEREFORE THE ADDRESS APP
EARS TO BE SARA COMPLIANT
SPO REVIEW: NONE
----------------------------------------------------------------------

```
CMSCHRON* * *        NEW YORK STATE - DOCCS        * * *     DATE: 04/28/2014
                      COMMUNITY SUPERVISION                  PAGE:      5
                        PAROLEE CHRONO REPORT
                    FROM 01/01/1999 THRU 04/28/2014

    NAME:    [REDACTED]                       AREA: BRONX II
    NYSID:   [REDACTED]                       SPO NAME: ARMSTRONG,JENNIFER
    DIN:     [REDACTED]                       PO NAME: RISSING,ALISON

    DATE       TIME    TYPE                    ACTIVITY         LOCATION
```

ENTERED BY: MERCEDES,MILZA
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: MERCEDES,MILZA
02/06/2014 05:53PM OFFICE REPORT W/PAROLEE    URINE/DRUG NEGAT
                                              EMP VERIFIED
IN OFFICE. URINE TAKEN NEGATIVE RESULT.  PAYSTUB REVIEWED FROM AMERICAN FOLIAGE
 & DESIGN GROUP REVIEWED FROM PAY ENDING PERIOD 02/06 NET PAY $387.97, PAY DATE
 02/04/14 NET PAY $249.85 AND PAY DATE 01/24/14 NET PAY $387.97. SUBJECT REPORT
ED NO POLICE CONTACTS. NO DRUG/ALCOHOL USAGE. SAME ADRESS. NO CHANGES.
 NRD 02/20/14.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: MERCEDES,MILZA
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: MERCEDES,MILZA
01/23/2014 07:11PM OFFICE REPORT W/PAROLEE
    IN OFFICE. SUBJECT REPORTED NO POLICE CONTACTS. NO DRUG/ALCOHOL USAGE.
    SAME ADRESS.  NO CHANGES. NRD 02/06/14.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: ROSADO,RICHARD
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: MERCEDES,MILZA
01/17/2014 10:04AM CASE CONFERENCE
CASE UNDER REVIEW BY BC REGARDING CONTACT WITH CHILD.
NO OTHER ISSUES REPORTED
P RESIDES OUT OF AREA...BRONX
SPO REVIEW: 01/24/2014
--------------------------------------------------------------------------------
ENTERED BY: MERCEDES,MILZA
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: MERCEDES,MILZA
01/16/2014 06:48PM OFFICE REPORT W/PAROLEE    EMP VERIFIED
IN OFFICE. SUBJECT PROVIDED PAYSTUB FROM AMERICAN FOLIAGE AND DESIGN GROUP INC
FROM PAY EDNING PERIOD 01/10/14 NET PAY $387.22 AND OVERTIME PAY STUB FROM PAY
DATE 01/10/14. NET PAY $ 317.04 AND PAY STUB REVIEWED FROM PAY DATE 01/02/14 NE
T PAY $387.22. SUBJECT REPORTED COMPLETED PROGRAM. NO POLICE CONTACTS. NO DRUG/
ALCOHOL USAGE. SAME ADRESS. NRD 01/23/14.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: MERCEDES,MILZA
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: MERCEDES,MILZA
01/14/2014 04:50PM TELEPHONE FROM PAROLEE
    SUBJECT CALLED TO INFORM WILL BE WORKING TONIGHT UNTIL 08:00PM.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: MERCEDES,MILZA
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: MERCEDES,MILZA
01/09/2014 11:10PM HOME VISIT W/PAROLEE
CONTACT ADDRESS: [REDACTED]
  SUBJECT SEEN AT HIS RESIDENCE. HOME VISIT CONDUCTED WITH PO DEMOSTHENE.
SPO REVIEW: NONE
--------------------------------------------------------------------------------

Case 1:14-cv-02953-PAE Document 236-3 Filed 11/10/16 Page 7 of 16

```
CMSCHRON* * *       NEW YORK STATE - DOCCS       * * *      DATE: 04/28/2014
                   COMMUNITY SUPERVISION                    PAGE:      6
                   PAROLEE CHRONO REPORT
                FROM 01/01/1999 THRU 04/28/2014
```

```
NAME:  [REDACTED]                          AREA: BRONX II
NYSID: [REDACTED]                          SPO NAME: ARMSTRONG,JENNIFER
DIN:   [REDACTED]                          PO NAME: RISSING,ALISON


DATE        TIME    TYPE                      ACTIVITY        LOCATION
```

ENTERED BY: MERCEDES,MILZA
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: MERCEDES,MILZA
01/09/2014 10:40PM TELEPHONE FROM PAROLEE
   SUBJECT CALLED TO REPORT HE IS IN THE APT. A NEIGBOR INFORMED HIM POS WERE LO
OKING FOR HIM. SUBJECT STATED HIS APT IS FIRST APT COMING INSIDE THE BUILDING T
O THE RIGHT. BEFORE ENTERING SECOND MAIN DOOR.
SPO REVIEW: NONE
----------------------------------------------------------------------------
ENTERED BY: MERCEDES,MILZA
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: MERCEDES,MILZA
01/09/2014 10:15PM TELEPHONE TO PAROLEE
   LEFT A MESSAGE.
SPO REVIEW: NONE
----------------------------------------------------------------------------
ENTERED BY: MERCEDES,MILZA
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: MERCEDES,MILZA
01/09/2014 10:11PM HOME VISIT W/OTHER
CONTACT ADDRESS: [REDACTED]
   THIS WRITER ALONG WITH OFFICER DEMOSTHENE CONDUCTED A HOME VISIT TO CASE ADRE
SS. AT SUBJECT'S BUILDING. NO NUMBER ON RECORD AT THE INTERCOM. POS WERE INFORM
ED BY A TENANT WHO ALLEDGED RESIDE AT APT NUMBER L4 SAME AS OUR PAROLEE. AT THA
T LOCATION SEVERAL ROOMS NOBODY NEW WHO OUR PAROLEE WAS.
SPO REVIEW: NONE
----------------------------------------------------------------------------
ENTERED BY: MERCEDES,MILZA
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: MERCEDES,MILZA
01/02/2014 07:23PM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                              EMP VERIFIED
                                              CURFEW DISCUSSED
                                              PHOTO TAKEN
  IN OFFICE. ALL CONDITION OF HIS RELASE DISCUSSED. SUBJECT REPORTED UNDERSTOOD.
SUBJECT REPORTED WORKING FOR AMERICAN FOLIAGE AND DESIGN GROUP INC. 122 W 22 ST
REET.  COPY OF PAYCHECK FROM AMERICAN FOLIAGE AND DESIGN DATED  12/28/14 REVIEW
ED. SUBJECT WORK SCHEDULED REVIEWED.  SUBJECT REPORTED NO POLICE CONTACTS. NO D
RUG/ALCOHOL USAGE. ADRESS SAME.
SPO REVIEW: NONE
----------------------------------------------------------------------------
ENTERED BY: ROSADO,RICHARD
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: MERCEDES,MILZA
12/19/2013 03:12PM OTHER WORK
RAP SHEET PROCESSED FOR PARENTAL CONTACT INVESTIGATION
SPO REVIEW: 12/19/2013
----------------------------------------------------------------------------
ENTERED BY: MERCEDES,MILZA
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: MERCEDES,MILZA
12/16/2013 03:00PM OTHER WORK
   CASE ASSIGNED TO THIS WRITER.
SPO REVIEW: NONE
----------------------------------------------------------------------------

```
CMSCHRON* * *          NEW YORK STATE - DOCCS        * * *     DATE: 04/28/2014
                       COMMUNITY SUPERVISION                   PAGE:        7
                       PAROLEE CHRONO REPORT
                     FROM 01/01/1999 THRU 04/28/2014

   NAME:                                         AREA: BRONX II
   NYSID:                                        SPO NAME: ARMSTRONG,JENNIFER
   DIN:                                          PO NAME: RISSING,ALISON

   DATE        TIME    TYPE                      ACTIVITY        LOCATION
```

ENTERED BY: SANJURJO,YAMIRA
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: VALERIO,SIMON
12/12/2013 06:21PM OFFICE REPORT W/PAROLEE      CURFEW DISCUSSED
                                                EMP VERIFIED
THE SUBJECT REPORTS REMAINS AT BRONX ADDRESS. SUBJECT REPORTS COMPLETED REQUIRE
D PROGRAMS. SUBJECT RESIDES AT AMERICAN FOILAGE. SUBJECT DENIES ANY OPEN COURT
CASE. SUBJECT DENIES P/C OR ALCOHOL,DRUG USE. NRD 12/19
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: ROSADO,RICHARD
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: VALERIO,SIMON
12/09/2013 10:08AM CASE CONFERENCE
PO CONTINUES TO INVESTIGATE PARENTAL VISITATION
P CONTINUES TO RESIDE IN THE BRONX
SPO REVIEW: 12/11/2013
--------------------------------------------------------------------------------
ENTERED BY: VALERIO,SIMON
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: VALERIO,SIMON
12/06/2013 09:45PM HOME VISIT W/PAROLEE         CURFEW
CONTACT ADDRESS:

     SUBJECT SEEN AT HIS RESIDENCE.
SPO REVIEW: 12/09/2013
--------------------------------------------------------------------------------
ENTERED BY: VALERIO,SIMON
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: VALERIO,SIMON
12/06/2013 10:30AM OTHER VISIT W/OTHER           INTELLIGENCE INT
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
--------------------------------------------------------------------------------
ENTERED BY: VALERIO,SIMON
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: VALERIO,SIMON
12/05/2013 05:10PM OFFICE REPORT W/PAROLEE      REVIEWED CONDITI
                                                CURFEW DISCUSSED
                                                WITH SUPERVISOR
   SUBJECT DENIED PC & DRUG USE. SUBJECT REPORTED SAME ADRESS. SUBJECT ENTERED T
HE BUILDING WITH A BOX CUTTER. SUBJECT IS PRESENLTY EMPLOYED AT AMERICAN FOLIAG
E & DESIGN, IN WHICH SUBJECT UTILIZED BOX CUTTER FOR HIS DAILY TAKS AT JOB. SUB
JECT ALSO PRESENTED PAYSTUB DATED 11/29/13, NET PAY 576.00. SUBJECT WILLINGLY G
AVE BOX CUTTER TO THIS WRITER. CASE DISCUSSED WITH SPO
SPO REVIEW: 12/09/2013
--------------------------------------------------------------------------------
ENTERED BY: VALERIO,SIMON
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: VALERIO,SIMON
11/21/2013 05:01PM OFFICE REPORT W/PAROLEE      REVIEWED CONDITI
                                                CURFEW DISCUSSED
                                                EMP VERIFIED
   SUBJECT DENIED PC & DRUG USE. SUBJECT REPORTED SAME ADRESS. SUBJECT PRESENTED
 PAYSTUB DATED 11/15/13; NET PAY 516.00
SPO REVIEW: 12/09/2013
--------------------------------------------------------------------------------

```
CMSCHRON* * *        NEW YORK STATE - DOCCS      * * *     DATE: 04/28/2014
                     COMMUNITY SUPERVISION                 PAGE:       8
                     PAROLEE CHRONO REPORT
                   FROM 01/01/1999 THRU 04/28/2014

     NAME:                                         AREA: BRONX II
     NYSID:                                        SPO NAME: ARMSTRONG,JENNIFER
     DIN:                                          PO NAME: RISSING,ALISON

     DATE       TIME    TYPE                      ACTIVITY         LOCATION

     ENTERED BY: VALERIO,SIMON
     AREA: MANHATTAN VI   SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
     11/19/2013 10:30AM OTHER VISIT W/OTHER       INTELLIGENCE INT
     *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
     DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
     OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
     ------------------------------------------------------------------------
     ENTERED BY: VALERIO,SIMON
     AREA: MANHATTAN VI   SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
     11/18/2013 03:30PM TELEPHONE TO OTHER
         THIS WRITER MADE ARRANAGEMENTS TO VISIT BRONX DISTRIC ATTORNEY OFFICE ON 11
     /19/13.
     SPO REVIEW: 12/09/2013
     ------------------------------------------------------------------------
     ENTERED BY: VALERIO,SIMON
     AREA: MANHATTAN VI   SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
     11/14/2013 05:41PM OTHER WORK
     *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
     DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
     OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
     ------------------------------------------------------------------------
     ENTERED BY: VALERIO,SIMON
     AREA: MANHATTAN VI   SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
     11/14/2013 05:40PM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                                   CURFEW DISCUSSED
         SUBJECT DENIED PC & DRUG USE. SUBJECT REPORTED SAME EMPLOYMET, PAYSTUB REVIE
     WED DATED 11/8/13. NET PAY $480.00
     SPO REVIEW: NONE
     ------------------------------------------------------------------------
     ENTERED BY: VALERIO,SIMON
     AREA: MANHATTAN VI   SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
     11/13/2013 09:31PM HOME VISIT W/PAROLEE       CURFEW
     CONTACT ADDRESS:

         SUBJECT SEEN AT HIS NEW RESIDENCE.
     SPO REVIEW: NONE
     ------------------------------------------------------------------------
     ENTERED BY: VALERIO,SIMON
     AREA: MANHATTAN VI   SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
     11/09/2013 07:30PM OTHER VISIT W/OTHER        LAW ENFORCEMENT
     *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
     DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
     OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
     ------------------------------------------------------------------------
     ENTERED BY: VALERIO,SIMON
     AREA: MANHATTAN VI   SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
     11/08/2013 07:00PM TELEPHONE TO PAROLEE
     *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
     DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
     OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
     ------------------------------------------------------------------------
```

```
CMSCHRON* * *        NEW YORK STATE - DOCCS      * * *      DATE: 04/28/2014
                      COMMUNITY SUPERVISION                  PAGE:       9
                      PAROLEE CHRONO REPORT
                   FROM 01/01/1999 THRU 04/28/2014

   NAME:                                        AREA: BRONX II
   NYSID:                                       SPO NAME: ARMSTRONG,JENNIFER
   DIN:                                         PO NAME: RISSING,ALISON

   DATE       TIME    TYPE                    ACTIVITY         LOCATION

   ENTERED BY: VALERIO,SIMON
   AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: VALERIO,SIMON
   11/08/2013 12:30PM OTHER VISIT W/OTHER
      THIS WRITER AND PO RENNIE RODRIGUEZ VISITED BRONX FAMILY COURT. OFFICERS WENT
      TO CASE RECORDS OFFICE. OFFICERS WERE TOLD THAT ARE NOT ALLOW VE ANY ACCESS
      TO FILES. OFFICERS WERE INFORMED THAT ONLY BY SUBPEANA SIGNED BY JUDGE OR PATI
      ES CONCENT IN WRITTING COULD OFFICER HAVE ACCESS TO FILES.
   SPO REVIEW: NONE
   ---------------------------------------------------------------------------
   ENTERED BY: VALERIO,SIMON
   AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: VALERIO,SIMON
   11/07/2013 05:27PM CIRIS WEB INQUIRY            WITH SUPERVISOR
      PROPOSED ADRESS SEARCH.                    , MEETS SARA.
   SPO REVIEW: NONE
   ---------------------------------------------------------------------------
   ENTERED BY: VALERIO,SIMON
   AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: VALERIO,SIMON
   11/07/2013 05:01PM OFFICE REPORT W/PAROLEE     REVIEWED CONDITI
                                                  CURFEW DISCUSSED
                                                  URINE/DRUG NEGATIVE
                                                  EMP VERIFIED
                                                  ADDRESS PROPOSED
      SUBJECT DENIED PC, SUBJECT PRODUCED NEGATIVE URINE. SUBJECT PRESENTED PAYSTUB
    ATED 11/1/13 NET PAY $588.00. SUBJECT PROPOSED A NEW ADRESS LOATED AT 4769 WHIT
    EPLAINS RD L4, 10470. (MEET SARA).
   SPO REVIEW: NONE
   ---------------------------------------------------------------------------
   ENTERED BY: VALERIO,SIMON
   AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: VALERIO,SIMON
   11/05/2013 09:50PM HOME VISIT W/PAROLEE         CURFEW
   CONTACT ADDRESS: 317 BOWERY,NEW YORK,100037105

         SUBJECT SEEN AT HIS RESIDENCE. NO PROBLEMS REPORT IT
   SPO REVIEW: NONE
   ---------------------------------------------------------------------------
   ENTERED BY: VALERIO,SIMON
   AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: VALERIO,SIMON
   11/04/2013 09:30PM OTHER VISIT W/OTHER          INTELLIGENCE INT
   *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
   DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
   OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
   ---------------------------------------------------------------------------
   ENTERED BY: RODRIGUEZ,REBECCA
   AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: VALERIO,SIMON
   11/04/2013 06:10PM TELEPHONE TO OTHER           INTELLIGENCE INT
   *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
   DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
   OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
   ---------------------------------------------------------------------------
   ENTERED BY: VALERIO,SIMON
   AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: VALERIO,SIMON
   11/04/2013 05:12PM LETTER FROM OTHER
   *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
   DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
   OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
```

CONFIDENTIAL　　DOCCS0000231

```
CMSCHRON* * *        NEW YORK STATE - DOCCS         * * *    DATE: 04/28/2014
                       COMMUNITY SUPERVISION                  PAGE:      10
                       PAROLEE CHRONO REPORT
                   FROM 01/01/1999 THRU 04/28/2014

    NAME:                                      AREA: BRONX II
    NYSID:                              SPO NAME: ARMSTRONG,JENNIFER
    DIN:                                 PO NAME: RISSING,ALISON

 DATE        TIME    TYPE                       ACTIVITY        LOCATION

 ENTERED BY: VALERIO,SIMON
 AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
 11/04/2013 04:34PM TELEPHONE TO OTHER
 *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
 DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
 OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
 -----------------------------------------------------------------------
 ENTERED BY: VALERIO,SIMON
 AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
 11/04/2013 02:36PM TELEPHONE TO OTHER
 *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
 DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
 OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
 -----------------------------------------------------------------------
 ENTERED BY: VALERIO,SIMON
 AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
 11/04/2013 12:52PM TELEPHONE TO OTHER
   THIS WRITER CALLED ADA KIMBERLY CASPER. THIS WRITER LEFT A VOICEMAIL REGARDIN
 G SUBJECT'S ARCHIEVED
 SPO REVIEW: NONE
 -----------------------------------------------------------------------
 ENTERED BY: CRUSE,OTIS
 AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
 10/31/2013 05:21PM HOME VISIT W/PAROLEE       CURFEW
 CONTACT ADDRESS: 317 BOWERY,NEW YORK,100037105

 SUBJECT AT RESIDENCE IN COMPLIANCE WITH HOLLOWEEN CURFEW.
 SPO REVIEW: NONE
 -----------------------------------------------------------------------
 ENTERED BY: VALERIO,SIMON
 AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
 10/31/2013 12:01PM TELEPHONE TO OTHER
 *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
 DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
 OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
 -----------------------------------------------------------------------
 ENTERED BY: VALERIO,SIMON
 AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
 10/26/2013 05:30PM OTHER VISIT W/OTHER       INTELLIGENCE INT
 *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
 DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
 OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
 -----------------------------------------------------------------------
 ENTERED BY: RODRIGUEZ,RENNIE
 AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
 10/25/2013 01:30PM OTHER VISIT W/OTHER       INTELLIGENCE INT
 *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
 DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
 OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
 -----------------------------------------------------------------------
```

```
CMSCHRON* * *      NEW YORK STATE - DOCCS      * * *      DATE: 04/28/2014
                   COMMUNITY SUPERVISION                  PAGE:    11
                   PAROLEE CHRONO REPORT
                 FROM 01/01/1999 THRU 04/28/2014

   NAME:  �ču                                 AREA: BRONX II
   NYSID: ▮                                   SPO NAME: ARMSTRONG,JENNIFER
   DIN:   ▮                                   PO NAME: RISSING,ALISON

  DATE        TIME     TYPE                       ACTIVITY         LOCATION
```

ENTERED BY: VALERIO,SIMON
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD       PO NAME: VALERIO,SIMON
10/24/2013 05:28PM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                              CURFEW DISCUSSED
                                              ADDRESS PROPOSED
 SUBJECT DENIED PC & DRUG USE. SUBJECT REPORTED SAME ADRESS. HOWEVER, SUBJECT
 PROPOSED TO RESIDE AT ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. THIS WRITER UTILIZE
D CIRIS. PROPOSED ADRESS SEEMS TO BE ADECUATE AND MEETS SARA. HOWEVER,THIS WRIT
ER WILL CONFERE WITH SPO. SUBJECT STATED THAT HE CONTINUES EMPLOYED TEMPORALY,
COMPANY CHECKS SEEM BY THIS WRITER.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: VALERIO,SIMON
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD       PO NAME: VALERIO,SIMON
10/23/2013 05:00PM TELEPHONE TO OTHER
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
------------------------------------------------------------------------------
ENTERED BY: VALERIO,SIMON
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD       PO NAME: VALERIO,SIMON
10/23/2013 03:00PM TELEPHONE TO OTHER
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
------------------------------------------------------------------------------
ENTERED BY: VALERIO,SIMON
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD       PO NAME: VALERIO,SIMON
10/22/2013 04:56PM TELEPHONE TO OTHER
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
------------------------------------------------------------------------------
ENTERED BY: VALERIO,SIMON
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD       PO NAME: VALERIO,SIMON
10/22/2013 04:00PM TELEPHONE TO OTHER
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
------------------------------------------------------------------------------
ENTERED BY: VALERIO,SIMON
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD       PO NAME: VALERIO,SIMON
10/22/2013 03:28PM TELEPHONE TO OTHER
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
------------------------------------------------------------------------------
ENTERED BY: VALERIO,SIMON
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD       PO NAME: VALERIO,SIMON
10/22/2013 02:26PM TELEPHONE TO OTHER         LAW ENFORCEMENT
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
------------------------------------------------------------------------------
ENTERED BY: HAMILTON,ARNOLD A

CONFIDENTIAL                                                    DOCCS0000233

```
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: VALERIO,SIMON
REPORT TAKEN BY: HAMILTON,ARNOLD
10/22/2013 06:30AM HOME VISIT W/PAROLEE         CURFEW
CONTACT ADDRESS: 317 BOWERY,NEW YORK,100037105
 SPK BRIEFLY W/P IN SHLTR LOBBY DURING THIS HV.
SPO REVIEW: NONE
------------------------------------------------------------------------
```

CONFIDENTIAL                                                                                       DOCCS0000234

```
CMSCHRON* * *      NEW YORK STATE - DOCCS      * * *     DATE: 04/28/2014
                   COMMUNITY SUPERVISION                 PAGE:    12
                   PAROLEE CHRONO REPORT
                 FROM 01/01/1999 THRU 04/28/2014

   NAME:  ███████████                      AREA: BRONX II
   NYSID: ███████                          SPO NAME: ARMSTRONG,JENNIFER
   DIN:   ███████                          PO NAME: RISSING,ALISON

   DATE      TIME    TYPE                  ACTIVITY         LOCATION
```

ENTERED BY: HAMILTON,ARNOLD A
AREA: MANHATTAN VI   SPO NAME: ROSADO,RICHARD   PO NAME: VALERIO,SIMON
REPORT TAKEN BY: HAMILTON,ARNOLD
10/22/2013 06:15AM HOME VISIT W/OTHER
CONTACT ADDRESS: 317 BOWERY,NEW YORK,100037105
 SHLTR STAFF ASSISTED IN LOC AND SENDING  P DWNSTRS FOR THIS HV.
SPO REVIEW: NONE
-----------------------------------------------------------------------
ENTERED BY: VALERIO,SIMON
AREA: MANHATTAN VI   SPO NAME: ROSADO,RICHARD   PO NAME: VALERIO,SIMON
10/21/2013 05:10PM TELEPHONE TO OTHER
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
-----------------------------------------------------------------------
ENTERED BY: VALERIO,SIMON
AREA: MANHATTAN VI   SPO NAME: ROSADO,RICHARD   PO NAME: VALERIO,SIMON
10/17/2013 06:11PM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                              CURFEW DISCUSSED
                                              URINE/DRUG NEGATIVE
     SUBJECT DENIED PC, SUBJECT PRODUCED NEGATIVE URINE. SUBJECT  REPORTED SAME A
DRESS, SAME BED. SUBJECT HAS COMPLETED HIS PROGRAMS. SUBJECT HAS PRESENTED A CO
MPANY CHECK FROM AMERIAN FOLIAGE & DESIGN. HE STATED THAT HE IS EMPLOYED AT TEM
PORARY BASIS; DATED 10/11/13, NET PAY 504.00. HOWEVER, THIS CHECK DOES NOT REFL
EC ANY TAX DEDUCTIONS.HOLLOWEEN SPECIAL CONDITIONS WERE IMPOSED.
SPO REVIEW: NONE
-----------------------------------------------------------------------
ENTERED BY: VALERIO,SIMON
AREA: MANHATTAN VI   SPO NAME: ROSADO,RICHARD   PO NAME: VALERIO,SIMON
10/11/2013 10:20PM HOME VISIT W/PAROLEE       CURFEW
CONTACT ADDRESS: 317 BOWERY,NEW YORK,100037105

   SUBJECT SEEN AT HIS RESIDENCE. THIS WRITER WAS ACCOPANIED BY PO R RODRIGUEZ.
SPO REVIEW: NONE
-----------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI   SPO NAME: ROSADO,RICHARD   PO NAME: VALERIO,SIMON
REPORT TAKEN BY: SCOTT,EMILY
10/11/2013 02:30PM OFFICE REPORT W/PAROLEE    DUTY OFFICER
 SUBJECT REPORT ON THIS DAY IN POSSESSION OF LETTER FROM ███████████ (OL
D CHILD MOTHER) NOTORIZED LETTER DATED 10-10-13 EXPRESSED ████████ COMFORT WI
TH SUBJ RELATIONSHIP WITH CHILD IN COMMON. SUBJ ALSO PRODUCED ORIGINAL BIRTH CE
RTIFICATE FOR CHILD IN COMMON / PO SCOTT COPIED BIRTH CERTIFICATE AND KEPT
ORIGINAL LETTER FRO REVIEW BY SPO ROSADO. SUBJ QUESTIONED ABOUT BRC RESIDENCE.
SUBJ REPORTS HAVING NO ISSUES "NO ONE SAID ANYTHING TO ME WHEN I RETURNED LAST
NIGHT". SUBJ REPORTS PLAN TO RETURN TO WORK IMMEDIATELY FOLLOWING CONCLUSION OF
 OFFICE REPORT ON THIS DAY. SUBJ DIRECTED TO REPORT TO PO VALERIO ON 10-17-13
SPO REVIEW: NONE
-----------------------------------------------------------------------

CONFIDENTIAL                                                    DOCCS0000235

NAME: ███　　　　　　　　　　　　　　　　　AREA: BRONX II
NYSID: ███　　　　　　　　　　　　　　　　SPO NAME: ARMSTRONG,JENNIFER
DIN: ███　　　　　　　　　　　　　　　　　 PO NAME: RISSING,ALISON

DATE　　　TIME　　TYPE　　　　　　　　　　ACTIVITY　　　　LOCATION

ENTERED BY: VALERIO,SIMON
AREA: MANHATTAN VI　　SPO NAME: ROSADO,RICHARD　　PO NAME: VALERIO,SIMON
10/10/2013 06:11PM OFFICE REPORT W/PAROLEE　　REVIEWED CONDITI
　　　　　　　　　　　　　　　　　　　　　　　CURFEW DISCUSSED
　　　　　　　　　　　　　　　　　　　　　　　WITH SUPERVISOR
　　　　　　　　　　　　　　　　　　　　　　　PHOTO TAKEN
　SUBJECT WAS TRANSFER TO THIS WRITER. SUBJECT DENIED PC & DRUG USE. SUBJECT REPORTED SAME ADRESS. PHOTO WAS TAKEN. SUBJECT PRESENTED THE ORIGINAL CERTIFICATE FROM THE YOUNGEST CHILD. HOWEVER, HE FAIL TO PRESENTE DOCUMEMTAION FROM OLDEST . SUBJECT STATED THAT HE HAS BEEN ISSUES WITH THE SHELTHER BECAUSE HE HAS MISSED SOME HRA APPOINMENTS. THIS WRITER IMPOSED SEX CONDITIONS TO SUBJECT SIGNED AND DISCUSSED. THIS CASE WAS CONFERENCE WITH SPO
SPO REVIEW: NONE
-----------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI　　SPO NAME: ROSADO,RICHARD　　PO NAME: VALERIO,SIMON
REPORT TAKEN BY: SCOTT,EMILY
10/08/2013 05:15PM OFFICE REPORT W/PAROLEE　　REVIEWED CONDITI
　　　　　　　　　　　　　　　　　　　　　　　CURFEW DISCUSSED
　UBJ REPORTED ON THIS DAY AS REQUESTED BY PO SCOTT ON 10-7-13, SUBJ PROVIDED LETTER DATED 10-7-13, REQUESTING TO RESIDE / REUNITIFY WITH WIFE AND INFANT CHILD (███). FORM 9601BCS AND 9601BCS (CONT'D) REVIEWED AND SIGNED - SUBJ CONTACT WITH THE FOLLOWING TWO CHILDREN: ███ 1 YR. AND ███ 14YR. ███ RESIDES WITH MOTHER BEVERLY MARTIN (347) 596-3050 AT 1415 BRISTOW STREET BRONX NY. TELEPHONE TO ███ REVEALED SUBJ IS NOT LISTED AT BIOLOGICAL PARENT ON BIRTH CERTIFICATE DUE TO SUBJ INCARCERATION DURING CHILD BIRTH. ███ ACKNOWLEDGE SUBJ AS CHILD'S FATHER, DENIED HAVING ISSUES WITH SUBJ HAVING CONTACT WITH CHILD, AGREED TO PROVIDE LETTER EXPRESSING HER APPROVAL FOR FATHER AND CHILD TO HAVE CONTACT. ███ AGREED TO ALSO PROVIDE CHILD BIRTH CERTIFICATE, ORIGINAL AND COPY FOR REVIEW. ███ MADE AWARE OF NEED FOR ORIGINAL BIRTH CERTIFICATE FOR ███. SUBJ AGREED TO PROVIDE ███ ORIGINAL BIRTH CERTIFICATE BEFORE THURSDAY. EMPLOYER LETTER WILL PROVIDE ON 10-9-13 SUBJECT REPORTS HAVING ISSUES WITH BRC RESIDENCE / WARNED OF DISCHARGE FROM RESIDENCE IF HE DOES NOT APPLY FOR PUBLIC ASSISTANCE BEFORE 10-10-13. SUBJ DIRECTED TO CONTACT SPO ROSADO FOR GUIDANCE IN DHS MATTER.
SPO REVIEW: 10/09/2013
-----------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI　　SPO NAME: ROSADO,RICHARD　　PO NAME: VALERIO,SIMON
REPORT TAKEN BY: SCOTT,EMILY
10/07/2013 04:47PM TELEPHONE FROM OTHER　　INTERVIEW/OTHER
███ CALLED TO REPORT NO NOTARY AVAILABLE AT THIS TIME AT WORK PLACE / REQUESTED LETTER WILL BE FAXED TOMORROW. ███ WILL HAVE LETTER NOTORIZED ON 10-8 AND FAX INFANT CHILD BIRTH CERTIFICATE TO PO SCOTT. FAX NUMBER PROVIDED.
SPO REVIEW: NONE
-----------------------------------------------------------------------

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DOCCS0000236