# Exhibit 3

**Part 2 of 3**

```
CMSCHRON* * *       NEW YORK STATE - DOCCS        * * *    DATE: 04/28/2014
                    COMMUNITY SUPERVISION                  PAGE:      14
                    PAROLEE CHRONO REPORT
                    FROM 01/01/1999 THRU 04/28/2014

    NAME:                                    AREA: BRONX II
    NYSID:                                   SPO NAME: ARMSTRONG,JENNIFER
    DIN:                                     PO NAME: RISSING,ALISON

    DATE      TIME    TYPE                        ACTIVITY        LOCATION

    ENTERED BY: SCOTT,EMILY
    AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: VALERIO,SIMON
    REPORT TAKEN BY: SCOTT,EMILY
    10/07/2013 02:19PM TELEPHONE FROM OTHER        INTERVIEW/OTHER
    TELEPHONE FROM                           MADE AWARE OF NEED FOR INFANT BIRTH
    CERTIFICATE (ORIGINAL AND OR CERTIFIED COPIES) AND LETTER STATING SUPPORT OR IS
    SUES WITH SUBJ HAVING ISSUES WITH CHILDREN. ALSO A STATEMENT IS REQUIRED STATIN
    G SUBJECT IS NOT AWARE OF ANY ORDER OF PROTECTION OR OTHER COURT ORDER PROHIBIT
    ING OR LIMITING EITHER THE TYPE OR LEVEL OF CONTACT WITH THE CHILDREN THAT THE
    RELEASEE IS SEEKING.
              AGREED TO PROVIDE ALL REQUESTED INFORMATION. STATED SHE IS OUT TO LUN
    CH AT PRESENT TIME, WILL CALL PO WHEN SHE RETURNS TO WORK REQUESTING FAX NUMBER
     FOR FAXING OF INFORMATION ON THIS DAY.
    SPO REVIEW: NONE
    ------------------------------------------------------------------------
    ENTERED BY: SCOTT,EMILY
    AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: VALERIO,SIMON
    REPORT TAKEN BY: SCOTT,EMILY
    10/07/2013 01:55PM TELEPHONE TO OTHER
     TELEPHONE TO                          . MESSAGE LEFT ON VOICE MAIL SYSTEM
     REQUESTING IMMEDIATE RETURN CALL.
    SPO REVIEW: NONE
    ------------------------------------------------------------------------
    ENTERED BY: SCOTT,EMILY
    AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: VALERIO,SIMON
    REPORT TAKEN BY: SCOTT,EMILY
    10/07/2013 01:50PM TELEPHONE FROM PAROLEE      INTERVIEW/FOLLOW
     SUBJ MADE AWARE OF NEED FOR IMMEDIATE OFFICE REPORT; NEED FOR LETTER REQUESTIN
    G CONTACT WITH CHILD (REN). SUBJ REPORTS CURRENT EMPLOYMENT / UNABLE TO REPORT
    TO OFFICE ON THIS DAY, AGREED TO REPORT ON 10-8-13 BET 4PM & 4:30PM. SUBJECT AD
    VISED OF NEED TO COMPLY WITH SCHEDULED OFFICE REPORT. PO SCOTT REQUEST SUBJ PRO
    DUCE THE FOLLOWING DOCUMENTS: LETER LISTING NAMES, AGES AND CHILDREN AND STATEM
    ENT REQUESTING CONTACT WITH CHILDREN. PROOF OF RELATIONSHIP WITH SAID CHILDREN
    IE. BIRTH CERTIFICATE (ORIGINAL OR CERTIFIEDD) COPIES OF DOCUMENTS DEMONSTRATIN
    G PARENT - CHILD RELATIONSHIP. NAMES AND ADRESSES OF MOTHER'S OF CHILDREN WHO Y
    OU REQUIRE CONTACT WITH. CURRENT LETTER FROM EMPLOYER VERIFYING EMPLOYMENT / TY
    PE OF EMPLOYMENT AND HOURS OF EMPLOYMENT. SUBJ STATES HE IS REQUESTING CONTACT
    / VISITATION WITH DAUGHTER:
    REQUEST CONTACT NUMBER FOR                                SUBJ AGREED TO
    CALL PO LATER ON TO PROVIDE CONTACT NUMBER. CELLULAR NUMBER FOR

    SPO REVIEW: NONE
    ------------------------------------------------------------------------
    ENTERED BY: SCOTT,EMILY
    AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: VALERIO,SIMON
    REPORT TAKEN BY: SCOTT,EMILY
    10/07/2013 12:28PM TELEPHONE TO OTHER
     TELEPHONE TO SUBJECT VIA BLACKBERRY / MESSAGE LEFT ON VOICE MAIL SYSTEM REQUES
    TING IMMEDIATE RETURN CALL.
    SPO REVIEW: NONE
    ------------------------------------------------------------------------
```

CONFIDENTIAL                                                     DOCCS0000237

Case 1:14-cv-02953-PAE   Document 236-4   Filed 11/10/16   Page 3 of 18

```
NAME:  [REDACTED]                              AREA: BRONX II
NYSID: [REDACTED]                              SPO NAME: ARMSTRONG,JENNIFER
DIN:   [REDACTED]                              PO NAME:  RISSING,ALISON

DATE        TIME     TYPE                      ACTIVITY          LOCATION
```

ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
REPORT TAKEN BY: SCOTT,EMILY
10/07/2013 12:27PM TELEPHONE TO PAROLEE
 TELEPHONE TO SUBJECT VIA DESK PHONE. MESSAGE LEFT ON SUBJ VOICE MAILE SYSTEM R
EQUESTING IMMEDIATE RETURN CALL.
SPO REVIEW: 10/09/2013
-----------------------------------------------------------------------------
ENTERED BY: ROSADO,RICHARD
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
10/07/2013 11:30AM CASE CONFERENCE
CC W/ BC LIMA AND PO SCOTT.
PO SCOTT WAS GIVEN AGENCY DIRECTIVE 9601 PARENTAL CONTACT PROTOCOL AND DIRECTED
TO REVIEW THE DIRECTIVE.  PO SCOTT WAS DIRECTED TO ASSIST P IF NECESSARY AND HA
VE P SIGN FORMS 9601BCS (7/13), 2 PAGES.  PO IS DIRECT P TO PRODUCE DOCUMENTARY
EVIDENCE THAT HE IS THE BIOLOGICAL PARENT.  A SIGNED STATEMENT FROM THE OTHER P
ARENT SUPPORTING CONTACT BETWEEN P AND THE CHILD, STATEMENT FROM P, UNDER PENAL
TY OF PERJURY INDICATING HE IS UNAWARE OF ANY ORDER OF PROTECTION OR OTHER COUR
T ORDER PROHIBITING CONTACT WITH THE CHILD.
PO SCOTT WAS DIRECTED TO COMPLETE THE ABOVE TASK BY 10-10, AS THERE IS AN APPRO
ACHING TIME LIMIT ON THIS ISSUE.
SPO REVIEW: 10/09/2013
-----------------------------------------------------------------------------
ENTERED BY: SEGAL,DAVID R
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
09/26/2013 05:09PM OFFICE REPORT W/PAROLEE       CURFEW DISCUSSED
                                                 REVIEWED CONDITIONS
                                                 EMP VERIFIED
SUBJECT REPORTS HE HAS NEW EMPLOYMENT(ENTERED INTO CMS SCREEN) WORKS SOMETIMES
TO 07:00PM INFORMED PAROLE COMES FIRST ON REPORT DAYS AND CURFEW, SUBJECT WAS
FURTHER THAT HE HAS TO REPORT AT THE TIME PO  VALERIO DIRECTS HIM TO
NO POLICE CONTACT, SAME RESIDENCE,DENIES DRUG/ALCOHOL USE,COMPLETED NYCATS
PRESENTED WORK BUSINESS CARD
SPO REVIEW: 10/07/2013
-----------------------------------------------------------------------------
ENTERED BY: MEDINA,MIGUEL
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
09/20/2013 01:33PM OTHER WORK
REQUESTED RAP SHEET FOR SEX OFFENSE HISTORY INVESTIGATION.
SPO REVIEW: 10/07/2013
-----------------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: VALERIO,SIMON
REPORT TAKEN BY: SCOTT,EMILY
09/19/2013 10:57PM HOME VISIT W/PAROLEE          CURFEW
CONTACT ADDRESS: 317 BOWERY,NEW YORK,100037105
SUBJ OBSERVED WITHIN CONFINES OF APPROVED RESIDENCE. REPORTS NEW EMPLOYMENT AND
 DIFFICULTY WITH TRAVEL TO PAROLE FOR SCHEDULED REPORT. REPORTS ARRIVAL AT PARO
LE AT 7:50PM, SPEAKING WITH PO VALERIO, REPORTING TO BE IN FRONT OF BUILDING. S
UBJ DIRECTED TO REPORT ON 9-26-13. NO ISSUES NOR CONCERNS.
SPO REVIEW: 09/25/2013
-----------------------------------------------------------------------------

```
CMSCHRON* * *      NEW YORK STATE - DOCCS       * * *      DATE: 04/28/2014
                   COMMUNITY SUPERVISION                   PAGE:    16
                   PAROLEE CHRONO REPORT
                FROM 01/01/1999 THRU 04/28/2014
```

NAME: ███                                    AREA: BRONX II
NYSID: ███                                   SPO NAME: ARMSTRONG,JENNIFER
DIN: ███                                     PO NAME: RISSING,ALISON

DATE        TIME      TYPE                   ACTIVITY         LOCATION

ENTERED BY: VALERIO,SIMON
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: VALERIO,SIMON
09/19/2013 07:34PM OTHER WORK
  SUBJECT FAILED TO MAKE HIS TRANSFER ARRIVAL TO THIS WRITER. THIS WRITER CONFE
RENCED CASE WITH PRIOR PO. PO SCOTT; SHE WOULD FOLLOW UP WITH A HOME VISIT TONI
GHT.
SPO REVIEW: 09/25/2013
-------------------------------------------------------------------------------
ENTERED BY: VALERIO,SIMON
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: VALERIO,SIMON
09/19/2013 07:30PM FAILURE TO REPORT

        SUBJECT FTR
SPO REVIEW: 09/25/2013
-------------------------------------------------------------------------------
ENTERED BY: VALERIO,SIMON
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: VALERIO,SIMON
09/19/2013 01:00PM TELEPHONE FROM PAROLEE

   SUBJECT CALLED THIS WRITER. HE STATED THAT HE HAS A LOT APPOINTMENTS TODAY A
ND HE PLANNING TO REPORT IN THE AFTERNOON. THIS WRITER DIRECTED SUBJECT TO REPO
RT BEFORE 700PM
SPO REVIEW: 09/25/2013
-------------------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: SCOTT,EMILY
09/10/2013 01:10PM OTHER WORK
CONFERENCED WITH PO VALERIO REGARDING CASE TRANSFER EFFECTIVE 9-19-13.
SPO REVIEW: NONE
-------------------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: SCOTT,EMILY
09/10/2013 12:40PM CASE CONFERENCE
CC WITH SPO ROSADO, TRANSFER ASSIGNED TO PO VALERIO. DIRECT SUBJ TO REPORT TO P
O VALERIO ON 9-19-13.
SPO REVIEW: NONE
-------------------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: SCOTT,EMILY
09/10/2013 12:00PM OFFICE REPORT W/PAROLEE      REVIEWED CONDITI
                                                CURFEW DISCUSSED
OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. SUBJ R
EPORTED ON THIS DAY DUE TO COVERING PO DIRECTING SUBJ TO MAKE REPORT ON THIS DA
Y DESPITE ENTRY NOTING OFFICE REPORT ON 9/12/13. SUBJ VERIFIED CONTINUED RESIDE
NCE AT BRC. SUBJ DIRECTED TO REMAIN AT BRC / DIRECTED TO COMPLY WITH CONDITIONS
 OF RELEASE AND SPECIAL CONDITIONS AS IT PERTAINS TO ALL SARA CONDITIONS AND RE
STRICTIONS.
SPO REVIEW: NONE
-------------------------------------------------------------------------------

```
CMSCHRON* * *      NEW YORK STATE - DOCCS       * * *     DATE: 04/28/2014
                   COMMUNITY SUPERVISION                  PAGE:     17
                   PAROLEE CHRONO REPORT
                   FROM 01/01/1999 THRU 04/28/2014

    NAME:     ▇▇▇▇▇▇▇▇▇                    AREA: BRONX II
    NYSID:    ▇▇▇▇▇                        SPO NAME: ARMSTRONG,JENNIFER
    DIN:      ▇▇▇                          PO NAME: RISSING,ALISON

   DATE       TIME    TYPE                      ACTIVITY          LOCATION

   ENTERED BY: RICHARDSON,KIM S
   AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: SCOTT,EMILY
   REPORT TAKEN BY: RICHARDSON,KIM
   09/06/2013 01:10PM OFFICE REPORT W/PAROLEE
   P RPTD THAT HE HAS RTND TO THE BRC SHELTER AS OF 9/5/13.  P STATED THAT HE DID
   NOT REC A MEAL TICKET BUT HE HAS BEEN ASSIGNED TO BED #5016 5TH FL. RPTS NO DRU
   GS AND/OR ALCOHOL USE.NO LEC. NRD 9/12/13 @ 10AM.
   SPO REVIEW: NONE
   ----------------------------------------------------------------------------
   ENTERED BY: LESSER,MICHAEL
   AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: SCOTT,EMILY
   REPORT TAKEN BY: LESSER,MICHAEL
   09/05/2013 01:40PM OFFICE REPORT W/PAROLEE
       P ADMONISED FOR FAIURE TO COMPLY WITH PO  SCOTTS DIRECTIVE ON 8/22/13 TO EN
   TER SHELTER SYSTEM AND PROVIED THIS OFFICE WITH EVIDENCE OF SUCH.  P DIRECTED T
   O REPORT NEXT AM WITH EVDENCE OF SHELTER PLACEMENT.
   SPO REVIEW: NONE
   ----------------------------------------------------------------------------
   ENTERED BY: SCOTT,EMILY
   AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: SCOTT,EMILY
   08/22/2013 01:20PM OFFICE REPORT W/PAROLEE       REVIEWED CONDITI
                                                    CURFEW DISCUSSED
    OFFICE REPORT; NO POLICE CONTACT, NO DRUG / ALCOHOL USE. SUBJ DIRECTED TO REPO
   RT TO SHELTER FOR RESIDENCE. SUBJ ADVISED OF BEING IN VIOLATION OF HIS RELEASE
   CONDITIONS / SARA CONDITIONS DUE TO RESIDENCE IN APARTMENT WITH INFANT. SUBJ DI
   RECTED TO IMMEDIATELY REPORT TO SHELTER AND PROVIDE INFORMATION ON NRD. SUBJ AD
   VISED OF NEED TO COMPLY WITH SARA CONDITIONS
   SPO REVIEW: NONE
   ----------------------------------------------------------------------------
   ENTERED BY: RODRIGUEZ,REBECCA
   AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: SCOTT,EMILY
   REPORT TAKEN BY: RODRIGUEZ,REBECCA
   08/15/2013 01:15AM OFFICE REPORT W/PAROLEE
   AS PER NO POLICE CONTACT, NO SUBSTANCE USE, SAME ADDRESS, STATED LAST TEMP
   JOB WAS COMPLETED LAST WEDNESDAY, NEXT ASSIGNMENT SCHEDULED FOR NEXT MONTH,
   SUB INSTRUCTED TO PROVIDE DOCUMENTATION NEXT REPORT DATE REGARDING ADDRESS AS
   PER SPO ROSADO, CURFEW DISCUSSED, PROGRAM COMPLETED.  NRD 8/22/2013 @ 10AM
   SPO REVIEW: NONE
   ----------------------------------------------------------------------------
   ENTERED BY: ROSADO,RICHARD
   AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: SCOTT,EMILY
   08/06/2013 01:00PM SPO-A/S CASE CONFERENCE
   BC LIMA INFORMED THAT P IS RESIDING WITH CHILD.  BC INFORMS THAT P IS TO BE DIR
   ECTED TO MOVE
   SPO REVIEW: 08/13/2013
   ----------------------------------------------------------------------------
   ENTERED BY: ROSADO,RICHARD
   AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD      PO NAME: SCOTT,EMILY
   08/06/2013 10:16AM CASE CONFERENCE
   P IS RESIDING W/ CHILD IN BRONX.
   PO TO DIRECT P TO MOVE OUT OF RESIDENCE ASAP!
   SPO REVIEW: 08/13/2013
   ----------------------------------------------------------------------------
```

```
CMSCHRON* * *      NEW YORK STATE - DOCCS      * * *      DATE: 04/28/2014
                   COMMUNITY SUPERVISION                  PAGE:       18
                   PAROLEE CHRONO REPORT
                FROM 01/01/1999 THRU 04/28/2014

    NAME:                                      AREA: BRONX II
    NYSID:                               SPO NAME: ARMSTRONG,JENNIFER
    DIN:                                  PO NAME: RISSING,ALISON

   DATE       TIME   TYPE                      ACTIVITY         LOCATION

  ENTERED BY: SCOTT,EMILY
  AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: SCOTT,EMILY
  08/01/2013 12:39PM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                                CURFEW DISCUSSED
   OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. CONTI
  NUES TO SEEK GAINFUL EMPLOYMENT. NO ISSUES TO REPORT AT THIS TIME.
  SPO REVIEW: 08/06/2013
  ------------------------------------------------------------------------
  ENTERED BY: SCOTT,EMILY
  AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: SCOTT,EMILY
  07/23/2013 10:50PM HOME VISIT W/PAROLEE       CURFEW
  CONTACT ADDRESS:
  WITHIN CONFINES OF APPROVED RESIDENCE
  SPO REVIEW: 08/06/2013
  ------------------------------------------------------------------------
  ENTERED BY: SCOTT,EMILY
  AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: SCOTT,EMILY
  07/18/2013 10:23AM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                                CURFEW DISCUSSED
                                                PHOTO TAKEN
                                                URINE/DRUG NEGATIVE
   OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. SCREE
  NED - NEGATIVE / PHOTO IMAGED - CONTINUES TO SEEK EMPLOYMENT. SUBJ REPORTS BRC
  (OLD RESIDENCE) AND NYCATS (COMPLETED PROGRAM) REQUESTED SUBJ ATTEND PROGRAM WE
  EKLY TO SPEAK IN GROUPS. SUBJ EAGER TO SHARE PROGRAM EXPERIENCE WITH CURRENT AT
  TENDEES.
  SPO REVIEW: 08/06/2013
  ------------------------------------------------------------------------
  ENTERED BY: SCOTT,EMILY
  AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: SCOTT,EMILY
  07/11/2013 03:27PM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                                CURFEW DISCUSSED
  OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE.
  PROGRAMING CONTINUED / SUBJ DIRECTED TO PRODUCE ALL FAMILY COURT DOCUMENTS, RE
  ASSESSMENT FOR NYCATS ON NRD. SUBJ ADVISE OF NEED TO REVIEW ALL DOCUMENTS PERTA
  INING TO FAMILY COURT MATTER WITH SPO ROSADO.
  SPO REVIEW: 08/06/2013
  ------------------------------------------------------------------------
  ENTERED BY: ROSADO,RICHARD
  AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD    PO NAME: SCOTT,EMILY
  07/01/2013 10:12AM CASE CONFERENCE
  PO TO CONFERENCE CASE WITH BC AND CHRONO OUTCOME. TO BE DISCUSSED LIVING ARRAN
  GEMENTS WITH CHILD.
  SPO REVIEW: 07/05/2013
  ------------------------------------------------------------------------
```

CONFIDENTIAL                                                    DOCCS0000241

```
CMSCHRON* * *      NEW YORK STATE - DOCCS       * * *    DATE: 04/28/2014
                   COMMUNITY SUPERVISION                 PAGE:     19
                   PAROLEE CHRONO REPORT
                   FROM 01/01/1999 THRU 04/28/2014

 NAME:                                         AREA: BRONX II
 NYSID:                                        SPO NAME: ARMSTRONG,JENNIFER
 DIN:                                          PO NAME: RISSING,ALISON

 DATE       TIME    TYPE                        ACTIVITY       LOCATION

 ENTERED BY: SCOTT,EMILY
 AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: SCOTT,EMILY
 06/29/2013 10:42PM HOME VISIT W/PAROLEE         CURFEW
 CONTACT ADDRESS:
  WITHIN CONFINES OF APPROVED RESIDENCE / REMINDED OF NRD 7-11-13
  SPO REVIEW: NONE
 ------------------------------------------------------------------------
 ENTERED BY: SCOTT,EMILY
 AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: SCOTT,EMILY
 06/27/2013 04:56PM OFFICE REPORT W/PAROLEE      REVIEWED CONDITI
                                                 CURFEW DISCUSSED
   OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. DIREC
 TED TO REPORT ON 7-11-13
  SPO REVIEW: NONE
 ------------------------------------------------------------------------
 ENTERED BY: SCOTT,EMILY
 AREA: MANHATTAN VI    SPO NAME: ROSADO,RICHARD     PO NAME: SCOTT,EMILY
 06/21/2013 11:05PM HOME VISIT W/PAROLEE         CURFEW
 CONTACT ADDRESS:
  WITHIN CONFINES OF APPROVED RESIDENCE
  SPO REVIEW: NONE
 ------------------------------------------------------------------------
 ENTERED BY: SCOTT,EMILY
 AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ   PO NAME: SCOTT,EMILY
 06/18/2013 03:53PM TELEPHONE TO PAROLEE
  TELEPHONE TO SUBJECT, REPORTS NO ISSUES NOR CONCERNS, REPORTS SAME RESIDENCE,
 NO DRUG / ALCOHOL USE. DIRECTED TO REPORT ON 6/27/13.
  SPO REVIEW: NONE
 ------------------------------------------------------------------------
 ENTERED BY: ROSADO,RICHARD
 AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ   PO NAME: SCOTT,EMILY
 06/17/2013 11:32AM CASE CONFERENCE
 PO TO REVIEW CASE FOR SARA EXCEPTION.
 THERE DOES NOT APPEAR TO BE ANY NOTES CONFIRMING THAT AN EXCEPTION HAS BEEN MAD
 E FOR SARA COMPLIANCE.
  SPO REVIEW: NONE
 ------------------------------------------------------------------------
 ENTERED BY: SCOTT,EMILY
 AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ   PO NAME: SCOTT,EMILY
 06/06/2013 04:00PM OFFICE REPORT W/PAROLEE
    SUBJ REPORTED TO PO CRUSE / NO ISSUES REPORTED
  SPO REVIEW: NONE
 ------------------------------------------------------------------------
 ENTERED BY: SCOTT,EMILY
 AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ   PO NAME: SCOTT,EMILY
 05/23/2013 10:15AM TELEPHONE TO PAROLEE
  SUBJ DIRECTED TO REPORTON 6-6-13 / SUBJ REMINDED OF CONDITIONS OF RELEASE AND
 ALL SPECIAL CONDITIONS
  SPO REVIEW: NONE
 ------------------------------------------------------------------------
```

Case 1:14-cv-02953-PAE   Document 236-4   Filed 11/10/16   Page 8 of 18

```
CMSCHRON * * *       NEW YORK STATE - DOCCS       * * *       DATE: 04/28/2014
                     COMMUNITY SUPERVISION                     PAGE:    20
                     PAROLEE CHRONO REPORT
                  FROM 01/01/1999 THRU 04/28/2014
```

```
NAME:                                          AREA: BRONX II
NYSID:                                         SPO NAME: ARMSTRONG,JENNIFER
DIN:                                           PO NAME: RISSING,ALISON

DATE       TIME    TYPE                      ACTIVITY        LOCATION
```

ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: SCOTT,EMILY
05/20/2013 09:52PM HOME VISIT W/PAROLEE         CURFEW
CONTACT ADDRESS:                              ,10456
 WITHIN CONFINES OF APPROVED RESIDENCE
SPO REVIEW: NONE
------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: SCOTT,EMILY
05/16/2013 10:47AM OFFICE REPORT W/PAROLEE      REVIEWED CONDITI
                                                CURFEW DISCUSSED
 OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. PROGR
AMING COMPLETED / CONTINUES TO SEEK EMPLOYMENT. SUBJ INVOLVED IN WE CARE.
SPO REVIEW: NONE
------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: SCOTT,EMILY
05/07/2013 11:45PM HOME VISIT W/PAROLEE         CURFEW
CONTACT ADDRESS:
 WITHIN CONFINES OF APPROVED RESIDENCE
SPO REVIEW: NONE
------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: SCOTT,EMILY
05/02/2013 12:10PM OFFICE REPORT W/PAROLEE      REVIEWED CONDITI
                                                CURFEW DISCUSSED
                                                URINE/DRUG NEGATIVE
                                                PHOTO TAKEN
 OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. SUBJ C
ONTINUES TO SEEK EMPLOYMENT / NO ISSUES / PROGRAMING COMPLETED / PHOTO IMAGED /
 SCREENED
SPO REVIEW: NONE
------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
04/27/2013 10:56PM HOME VISIT W/PAROLEE         CURFEW
CONTACT ADDRESS:
 WITHIN CONFINES OF APPROVED RESIDENCE.
SPO REVIEW: NONE
------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
04/26/2013 07:18PM TELEPHONE TO PAROLEE
 CASE REJECTED BY BRONX II BUREAU. SUBJECT DIRECTED TO REPORT BACK TO MANHATTAN
 6 ON 5/2/13
SPO REVIEW: NONE
------------------------------------------------------------------

```
CMSCHRON* * *        NEW YORK STATE - DOCCS        * * *        DATE: 04/28/2014
                     COMMUNITY SUPERVISION                       PAGE:       21
                     PAROLEE CHRONO REPORT
                   FROM 01/01/1999 THRU 04/28/2014

    NAME:                                       AREA: BRONX II
    NYSID:                                      SPO NAME: ARMSTRONG,JENNIFER
    DIN:                                        PO NAME: RISSING,ALISON

    DATE        TIME    TYPE                    ACTIVITY           LOCATION

    ENTERED BY: JOHNSON,TAWANA
    AREA: BRONX II       SPO NAME: ARMSTRONG,JENNIFER   PO NAME: JOHNSON,TAWANA
    04/22/2013 04:44PM LETTER FROM OTHER
    AS PER B/C YOUNG AFTER SPEAKING WITH B/C LIMA CASE TO BE RETURN BACK TO PREVIOU
    S PO OF RECORD.
    SPO REVIEW: NONE
    ------------------------------------------------------------------------------
    ENTERED BY: JOHNSON,TAWANA
    AREA: BRONX II       SPO NAME: ARMSTRONG,JENNIFER   PO NAME: JOHNSON,TAWANA
    04/19/2013 10:00AM CASE CONFERENCE
    CONFERENCE WITH SPO ARMSTRONG - AFTER REVIEWING CHRONOS ENTRIES SUBJECT WAS REC
    ENTLY GIVEN PERMISSION TO RESIDE WITH WIFE EVEN THOUGH SUBJECT HAS SARA CONDITI
    ONS AND NO CONTACT WITH ANY PERSON UNDER THE AGE OF EIGHTEEN. SUBJECT HAS A SMA
    LL CHILD IN RESIDENCE. WHEREAS SUBJECT IS CURRENTLY ON FOR RAPE 1ST OF PERSON
    13 YEARS OF AGE. BOARD IMPOSED SPECIAL CONDITION HAS NOT BEEN REMOVED.
    SPO REVIEW: NONE
    ------------------------------------------------------------------------------
    ENTERED BY: SCOTT,EMILY
    AREA: MANHATTAN VI   SPO NAME: CAPPIELLO,JAMES      PO NAME: SCOTT,EMILY
    04/18/2013 10:10AM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                                  CURFEW DISCUSSED
     OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. SUBJ
    MADE AWARE OF TRANSFER / DIRECTED TO REPORT TO PO JOHNSON ON 4-24-13. SUBJ PROV
    IDED WITH REPORTING ADDRESS: 82 LINCOLN PAROLE BUILDING
    SPO REVIEW: NONE
    ------------------------------------------------------------------------------
    ENTERED BY: SCOTT,EMILY
    AREA: MANHATTAN VI   SPO NAME: CAPPIELLO,JAMES      PO NAME: SCOTT,EMILY
    04/13/2013 11:37PM HOME VISIT W/PAROLEE       CURFEW
    CONTACT ADDRESS:
         WITHIN CONFINES OF APPROVED RESIDENCE
    SPO REVIEW: NONE
    ------------------------------------------------------------------------------
    ENTERED BY: CORSEJOHNSON,BARBARA
    AREA: MANHATTAN VI   SPO NAME: CAPPIELLO,JAMES      PO NAME: SCOTT,EMILY
    04/11/2013 12:20PM TRANSFER SUMMARY
    THE SUBJECT IS RESIDING IN A TRANSITIONAL PROGRAM AND HAS COMPLIED WITH HIS CUR
    FEW AT THIS TIME. THE SUBJECT IS UNEMPLOYED BUT LOOKING FOR A JOB. THE SUBJECT
    HAS COMPLETED HIS PROGRAMS AND NO POSITIVE URINES OR ARREST REPORTED.
    SPO REVIEW: NONE
    ------------------------------------------------------------------------------
    ENTERED BY: DITUCCI-CAPPIELLO,JAMES T
    AREA: MANHATTAN VI   SPO NAME: CAPPIELLO,JAMES      PO NAME: SCOTT,EMILY
    REPORT TAKEN BY: CAPPIELLO,JAMES
    04/08/2013 11:00AM CASE CONFERENCE
    CONTACT ADDRESS: 314 WEST 40 ST, NYC, NY
    MET WITH PO SCOTT TO REVIEW CASE. CASE DID NOT MEET HV COMP FOR 3/2013. PO HAS
    CONF RESIDENCE IN BRONX WITH FAMILY. PROGRAMS COMPLETED. PO TO PREP TRS BY 4/19
    /13
    SPO REVIEW: 04/08/2013
    ------------------------------------------------------------------------------
```

CONFIDENTIAL                                                          DOCCS0000244

```
CMSCHRON* * *           NEW YORK STATE - DOCCS          * * *    DATE: 04/28/2014
                        COMMUNITY SUPERVISION                    PAGE:    22
                        PAROLEE CHRONO REPORT
                     FROM 01/01/1999 THRU 04/28/2014

  NAME:  ███████████                        AREA: BRONX II
  NYSID: ███████████                        SPO NAME: ARMSTRONG,JENNIFER
    DIN: ███████████                        PO NAME: RISSING,ALISON

  DATE        TIME    TYPE                       ACTIVITY         LOCATION
```

ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
04/04/2013 10:22AM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                              CURFEW DISCUSSED
 OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE.
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
03/07/2013 09:23AM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                              CURFEW DISCUSSED
 OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. CONTI
NUES TO SEEK EMPLOYMENT / PROGRAMING CONTINUED.
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
03/06/2013 07:59PM HOME VISIT W/PAROLEE       CURFEW
CONTACT ADDRESS: ███████████████████████
 WITHIN CONFINES OF APPROVED RESIDENCE.
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: DITUCCI-CAPPIELLO,JAMES T
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
REPORT TAKEN BY: CAPPIELLO,JAMES
02/21/2013 01:00PM CASE CONFERENCE
CONTACT ADDRESS: 314 WEST 40TH STREET, NYC, NY
MET WITH PO SCOTT TO REVIEW CASE FOR HV/DRUG TEST COMP. PO TO ENTER 2/20/13 HVP
 INTO CMS
SPO REVIEW: 03/09/2013
------------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
02/21/2013 09:37AM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                              CURFEW DISCUSSED
 OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. PROGR
AM COMPLETED / BI-WEEKLY REPORT SCHEDULE /PHOTO & URINE UPDATED. NO ISSUES IN R
ESIDENCE
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
02/20/2013 08:13PM HOME VISIT W/PAROLEE       CURFEW
CONTACT ADDRESS: ███████████████████████
 WITIN CONFINES OF APPROVED RESIDENCE
SPO REVIEW: NONE
------------------------------------------------------------------------

CONFIDENTIAL                                              DOCCS0000245

```
CMSCHRON* * *       NEW YORK STATE - DOCCS      * * *    DATE: 04/28/2014
                    COMMUNITY SUPERVISION                PAGE:    23
                    PAROLEE CHRONO REPORT
                  FROM 01/01/1999 THRU 04/28/2014

    NAME:                                          AREA: BRONX II
    NYSID:                                    SPO NAME: ARMSTRONG,JENNIFER
    DIN:                                       PO NAME: RISSING,ALISON


    DATE       TIME    TYPE                        ACTIVITY        LOCATION


  ENTERED BY: SCOTT,EMILY
  AREA: MANHATTAN VI   SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
  02/07/2013 09:15AM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                                CURFEW DISCUSSED
                                                PHOTO TAKEN
                                                URINE/DRUG NEGATIVE
   OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. SUBJ
  PERMITTED TO RETURN TO RESIDENCE WITH WIFE AND INFANT SON. APPROVAL FOR RETURN
  TO RESIDENCE BASED RECOMMENDATION AT NYCATS / SESSIONS CONDUCTED WITH SUBJ AND
  SUBJ WIFE. NYCATS REPORTS SUBJ HAS EXTREMELY LOW RISK OF RE OFFENDING
  SPO REVIEW: NONE
  ------------------------------------------------------------------------
  ENTERED BY: SCOTT,EMILY
  AREA: MANHATTAN VI   SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
  02/02/2013 12:39AM HOME VISIT W/PAROLEE       CURFEW
  CONTACT ADDRESS: 315 BOWERY,NEW YORK,100037105
   WITHIN CONFINES OF APPROVED RESIDENCE
  SPO REVIEW: NONE
  ------------------------------------------------------------------------
  ENTERED BY: SCOTT,EMILY
  AREA: MANHATTAN VI   SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
  01/31/2013 09:21AM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                                CURFEW DISCUSSED
                                                URINE/DRUG NEGATIVE
  OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. SCREEN
  ED / NEGATIVE
  SPO REVIEW: NONE
  ------------------------------------------------------------------------
  ENTERED BY: DITUCCI-CAPPIELLO,JAMES T
  AREA: MANHATTAN VI   SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
  REPORT TAKEN BY: CAPPIELLO,JAMES
  01/28/2013 01:30PM CASE CONFERENCE
  CONTACT ADDRESS: 314 WEST 40TH STRETT, NYC, NY
  MET WITH PO SCOTT TO REVIEW CASE FOR DV ALERT/ISSUES. I.O. SEX ABUSE 13 YR OLD
  NIECE. P RESIDES AT SHELTER. PO REPORTS P HAS COMPLETED MANDATED TX.
  SPO REVIEW: 01/31/2013
  ------------------------------------------------------------------------
  ENTERED BY: SCOTT,EMILY
  AREA: MANHATTAN VI   SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
  01/24/2013 09:31AM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                                CURFEW DISCUSSED
    OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. PROG
  RAM COMPLETED AT NYCATS /
   TELEPHONE TO MS. OSBORNE REGARDING SARA CONDITIONS AND CONTACT WITH CHILDREN.
  MS. OBSORNE SUGGESTED SUBJ BE REFERRED BACK TO NYCATS FOR UPDATED EVALUATION AN
  D RISK ASSESSMENT / REQUEST SUBJ WIFE BE INTERVIEWED AND EVALUATED. ALL INFORMA
  TION SHOULD BE CONFERENCE WITH B/C LIMA AND SPO CAPPIELLO PRIOR TO SUBJ APPROVA
  L TO RETURN TO PRIOR RESIDENCE
  SPO REVIEW: NONE
  ------------------------------------------------------------------------
```

Case 1:14-cv-02953-PAE   Document 236-4   Filed 11/10/16   Page 12 of 18

```
CMSCHRON* * *           NEW YORK STATE - DOCCS        * * *      DATE: 04/28/2014
                        COMMUNITY SUPERVISION                    PAGE:    24
                         PAROLEE CHRONO REPORT
                      FROM 01/01/1999 THRU 04/28/2014
```

```
NAME:                                          AREA:      BRONX II
NYSID:                                         SPO NAME:  ARMSTRONG,JENNIFER
  DIN:                                         PO NAME:   RISSING,ALISON

 DATE        TIME    TYPE                         ACTIVITY          LOCATION
```

ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES       PO NAME: SCOTT,EMILY
01/18/2013 07:25PM HOME VISIT W/PAROLEE        CURFEW
CONTACT ADDRESS: 315 BOWERY,NEW YORK,100037105
WITHIN CONFINES OF APPROVED RESIDENCE
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES       PO NAME: SCOTT,EMILY
01/10/2013 11:39AM OFFICE REPORT W/PAROLEE     REVIEWED CONDITI
                                               CURFEW DISCUSSED
 OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. PROGR
AMING CONTINUED / RESIDENCE CONTINUED AT BRC
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES       PO NAME: SCOTT,EMILY
12/20/2012 09:15AM OFFICE REPORT W/PAROLEE     REVIEWED CONDITI
                                               CURFEW DISCUSSED
  OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. NO C
ONTACT WITH CHILDREN / NO CONTACT WITH CHILD.
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: DITUCCI-CAPPIELLO,JAMES T
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES       PO NAME: SCOTT,EMILY
REPORT TAKEN BY: CAPPIELLO,JAMES
12/19/2012 03:30PM CASE CONFERENCE
CONTACT ADDRESS: 314 WEST 40 STREET, NYC, NY
MET WITH PO SCOTT TO REVIEW CASE. NO OVERDUE MERIT OR 3YD NOTED. NO ALERT NOTED
. PO TO CONT TO MONITOR IMPOSED COND AND ACHIEVE HV COMP.  PO REPORTS NO NOTEWO
RTHY ISSUES WITH CASE
SPO REVIEW: 12/31/2012
------------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES       PO NAME: SCOTT,EMILY
12/14/2012 12:20AM HOME VISIT W/PAROLEE        CURFEW
CONTACT ADDRESS: 315 BOWERY,NEW YORK,100037105
WITHIN CONFINES OF APPROVED RESIDENCE
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES       PO NAME: SCOTT,EMILY
12/13/2012 08:55AM OFFICE REPORT W/PAROLEE     REVIEWED CONDITI
                                               CURFEW DISCUSSED
 OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. PROGR
AMING COMPLETED / ATTENDS EXODUS MONDAY, WEDNESDAY AND FRIDAYS ON 124 & 125TH A
ND 3RD (TRANSITIONAL COMMUNITY, INC) ACTUAL ADDRESS: 2271 3RD AVENUE NY NY 1003
5 (917) 492-0990 CONTACT COACH: DAVID COACH.
SPO REVIEW: NONE
------------------------------------------------------------------------

```
CMSCHRON* * *        NEW YORK STATE - DOCCS        * * *    DATE: 04/28/2014
                     COMMUNITY SUPERVISION                  PAGE:   25
                     PAROLEE CHRONO REPORT
                  FROM 01/01/1999 THRU 04/28/2014

   NAME:  [REDACTED]                            AREA: BRONX II
   NYSID: [REDACTED]                            SPO NAME: ARMSTRONG,JENNIFER
   DIN:   [REDACTED]                            PO NAME: RISSING,ALISON

   DATE       TIME    TYPE                    ACTIVITY           LOCATION

 ENTERED BY: SCOTT,EMILY
 AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
 11/29/2012 09:18AM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                               CURFEW DISCUSSED
  OFFICE REPORT, SAME RESIDENCE, NO DRUG / ALCOHOL. PROGRAMING CONTINUED
 SPO REVIEW: NONE
 ------------------------------------------------------------------------
 ENTERED BY: SCOTT,EMILY
 AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
 11/27/2012 11:40PM HOME VISIT W/PAROLEE        CURFEW
 CONTACT ADDRESS: 315 BOWERY,NEW YORK,100037105
  WITHIN CONFINES OF APPROVED RESIDENCE. DIRECTED TO REPORT OM 11-29-12.
 SPO REVIEW: NONE
 ------------------------------------------------------------------------
 ENTERED BY: SCOTT,EMILY
 AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
 11/08/2012 09:38AM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                               CURFEW DISCUSSED
                                               PHOTO TAKEN
 OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. PROGRA
 MING CONTINUED.
 SPO REVIEW: NONE
 ------------------------------------------------------------------------
 ENTERED BY: SCOTT,EMILY
 AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
 10/25/2012 09:07AM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                               CURFEW DISCUSSED
  OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE.
  POLYGRAPH SPECIAL CONDITION IMPOSED / REVIEWED AND SIGNED. PROGRAMING CONTINUE
 D
 SPO REVIEW: NONE
 ------------------------------------------------------------------------
 ENTERED BY: DITUCCI-CAPPIELLO,JAMES T
 AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
 REPORT TAKEN BY: CAPPIELLO,JAMES
 10/22/2012 12:00PM CASE CONFERENCE
 CONTACT ADDRESS: 314 W 40ST, NYC, NY
 MET WITH PO SCOTT TO REVIEW CASE FOR PROGRAM PARTICIPATION AND REVIEWED FILE TO
  CONFIRM PRESENCES OF PROGRAM SPECIAL CONDITION. NYCATES COMPLETION CONF BY LET
 TER. IN PROCESS OF SPECIAL EVAL CONF 315 BROADWAY
 SPO REVIEW: 10/31/2012
 ------------------------------------------------------------------------
 ENTERED BY: SCOTT,EMILY
 AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
 10/20/2012 10:05PM HOME VISIT W/PAROLEE        CURFEW
 CONTACT ADDRESS: 315 BOWERY,NEW YORK,100037105
 WITHIN CONFINES OF APPROVED RESIDENCE; NO ISSUES NOR CONCERNS.
 SPO REVIEW: NONE
 ------------------------------------------------------------------------
```

CONFIDENTIAL                                                    DOCCS0000248

```
CMSCHRON* * *           NEW YORK STATE - DOCCS       * * *      DATE: 04/28/2014
                        COMMUNITY SUPERVISION                   PAGE:    26
                        PAROLEE CHRONO REPORT
                   FROM 01/01/1999 THRU 04/28/2014

NAME:                                            AREA: BRONX II
NYSID:                                           SPO NAME: ARMSTRONG,JENNIFER
DIN:                                             PO NAME: RISSING,ALISON


DATE      TIME     TYPE                          ACTIVITY        LOCATION

ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI   SPO NAME: CAPPIELLO,JAMES     PO NAME: SCOTT,EMILY
10/18/2012 11:30AM CASE CONFERENCE
  CC WITH SPO CAPPIELLO, ACS INFORMATION / COURT ATTEMPT AND NEED TO NOTIFY COUR
T OF SUBJ SEX OFFENDER STATUS PRIOR TO COURT HEARING ON 10-30-12.
SPO REVIEW: NONE
---------------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI   SPO NAME: CAPPIELLO,JAMES     PO NAME: SCOTT,EMILY
10/18/2012 10:19AM OFFICE REPORT W/PAROLEE      REVIEWED CONDITI
                                                CURFEW DISCUSSED
  OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. SUBJ
MADE AWARE OF CONTINUED INVESTIGATION AND DILIGENT EFFORTS TO PROPERLY INVESTI
GATE VISITATION / FAMILY COURT MATTER. SUBJ MADE AWARE OF TRANSFER TO PO A. HAM
ILTON / PLAN FOR PO OF RECORD (E. SCOTT) TO APPEAR IN COURT ON 10-30-12. SUBJ P
ROVIDED EVIDENCE OF BRC PALACE RESIDENCE. NO CONTACT WITH CHILDREN.
SPO REVIEW: NONE
---------------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI   SPO NAME: CAPPIELLO,JAMES     PO NAME: SCOTT,EMILY
10/17/2012 12:50PM OTHER VISIT W/OTHER           INTERVIEW/OTHER
  SPOKE WITH MS. RENEE ELLIS - CHILD PROTECTIVE SPECIALIST SUPERVISOR / 1500 WAT
ERS PLACE BRONX NY. PROVIDED THE FOLLOWING INFORMATION: SUBJ KNOWN TO STATE CEN
TRAL REGISTRE FOR CHILD ABUSE AND MALTREATMENT IN 2003 REGARDING BASED UPON ALL
EGATIONS OF VICTIM "         " WHO ACCUSED SUBJ OF HAVING ORAL SEX AND SEXUAL IN
TERCOURSE WITH CHILD IN HIS CARE / KINSHIP FOSTERCARE 2003. VICTIM WAS EXAMINED
 AND INTERVIEWED AT CAC - CHILD ADVOCACY CENTER / MONTEFIORE HOSPITAL / SUBJ AR
RESTED 10-3-03. INVESTIGATION WAS INDICATED / CLOSED / NO SERVICES PROVIDED TO
VICTIM NOR FAMILY.
CLEARANCE CONDUCTED /            NOT ASSOCIATED WITH ANY OTHER CASES.
FURTHER RESEARCH REVEALED SUBJ DAUGHTER:              WAS RELATED TO AN EDUCA
TIONAL NEGLECT CASE ON 3-1-11 / INVESTIGATION NARRATIVE DETERMINED CHILD'S PARE
NT              REFUSED TO PROVIDE           NAME OR CONTACT NUMBER.

FURTHER DISCUSSION WITH MS. ELLIS DETERMINED CASE REQUIRES C.O.I. AND COURT BEI
NG NOTIFIED OF SUBJ SEX OFFENDER LEVEL
SPO REVIEW: NONE
---------------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI   SPO NAME: CAPPIELLO,JAMES     PO NAME: SCOTT,EMILY
10/17/2012 11:45AM OTHER WORK
  VISIT CONDUCTED TO BRONX FAMILY COURT IN AN EFFORT TO OBTAIN INFORMATION / CLA
RITY ON "FINAL ORDER ON PETITION FOR VISITATION ON CONSENT" DATED 8-22-12 / DOC
KET # V-32517-11 / FILE # 140868 / ORDERED ON CONSENT THAT "PETITIONER, FATHER
          , MAY HAVE UNSUPERVISED VISITS WITH THE CHILD (
          ) ON DATES AND TIMES AGREED TO BETWEEN PARTIES. UNABLE TO SUCCEED AT SPE
AKING TO ANYONE IN DOCKET ROOM OR COURT DIVISION DUE TO FIRE DRILL LASTING MORE
 THAT 15 MINUTES. PO WILL TRAVEL TO ACS OFFICE LOCATED AT 1500 WATERS PLACE BRO
NX, TO GATHER INFORMATION.
SPO REVIEW: NONE
---------------------------------------------------------------------------
```

CONFIDENTIAL                                                     DOCCS0000249

```
CMSCHRON* * *        NEW YORK STATE - DOCCS      * * *      DATE: 04/28/2014
                     COMMUNITY SUPERVISION                  PAGE:      27
                     PAROLEE CHRONO REPORT
                  FROM 01/01/1999 THRU 04/28/2014

    NAME:  ███████████                         AREA: BRONX II
    NYSID: ███████                             SPO NAME: ARMSTRONG,JENNIFER
    DIN:   ███                                 PO NAME: RISSING,ALISON

    DATE      TIME    TYPE                     ACTIVITY        LOCATION
```

ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
10/16/2012 06:56PM TELEPHONE FROM PAROLEE    INTERVIEW/FOLLOW
   SUBJ CALLED TO REPORT CHANGE OF RESIDENCE ON 10-14-12 TO BOWERY MEN'S SHELTER
 LOCATED AT 315 BOWERY ST. SUBJ REPORTS WIFE NEEDED ADDITIONAL SPACE TO CARE FO
R CHILD IN COMMON AND REQUEST SUBJ REPORT TO SHELTER UNTIL SHE CAN OBTAIN STUDI
O APARTMENT OR FIND ROOM FO RENT. SUBJ PROVIDED BED # 5M / 5TH FL.
SPO REVIEW: NONE
----------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
10/12/2012 06:59PM HOME VISIT W/PAROLEE    CURFEW
CONTACT ADDRESS: 315 BOWERY,NEW YORK,100037105
 WITHIN CONFINES OF APPROVED RESIDENCE.
SPO REVIEW: NONE
----------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
10/11/2012 05:13PM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                              CURFEW DISCUSSED
   OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. HALL
OWEEN SPECIAL CONDITION IMPOSED / SIGNED / AFTERCARE PROGRAM CONTINUED AT NYCAT
S. EXODUS TRANSITIONAL PROGRAM STARTED 10-5-12. SUBJECT PETITIONED IN BRONX FAM
ILY COURT FOR VISITATION WITH NEW BORN; NCD 10-30-12 / PART 52 / REFEREE LAUREN
 NORTON LERNER. SUBJ PROVIDED THE FOLLOWING DOCUMENTS: COURT PETITION / FINAL O
RDER APPOINTMENTING UNSUPERVISED VISITATION WITH DAUGHTER ████████████
████████ / FINAL ORDER DATED 8-22-12 / DOCKET # V-32517-11 / FINAL 140868 / NYC
ATS LETTER OF RECOMMENDATION.
SPO REVIEW: NONE
----------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
10/06/2012 09:59PM HOME VISIT W/PAROLEE    CURFEW
CONTACT ADDRESS: ████████████████████████
 PO VALERIO AND PO OF RECORD CONDUCTED HVP. APARTMENT VIEWED / LARGE AND SPACIO
US / CLEAN. 2 BEDROOM / NO CHILDREN / 1 CAT IN APARTMENT. SUBJ SHOWED FINAL COU
RT (BRRONX FAMILY COURT) DISPOSITION / ORDER DIRECTING UNSUPERVISED VISITATION
WITH SUBJ CHILD. SUBJ VERBALLY DIRECTED NOT TO HAVE ANY CONTACT WITH CHILD DESP
ITE FINAL ORDER FROM COURT GRANTED AUG 2012. SUBJ REPORTS FILING VISITATION ORD
ER WITH BRONX FAMILY COURT FOR CONTACT WITH NEW BORN. SUBJ DIRECTED TO PRODUCE
ALL COURT RELATED INFORMATION ON NRD 10-11-12. VISIT CONCLUDED AT 10:18PM
SPO REVIEW: NONE
----------------------------------------------------------------------

Case 1:14-cv-02953-PAE   Document 236-4   Filed 11/10/16   Page 16 of 18

```
CMSCHRON* * *    NEW YORK STATE - DOCCS    * * *    DATE: 04/28/2014
                 COMMUNITY SUPERVISION                PAGE:      28
                 PAROLEE CHRONO REPORT
                 FROM 01/01/1999 THRU 04/28/2014
```

```
NAME:                                        AREA: BRONX II
NYSID:                                       SPO NAME: ARMSTRONG,JENNIFER
DIN:                                         PO NAME: RISSING,ALISON

DATE        TIME    TYPE                          ACTIVITY         LOCATION
```

ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
10/04/2012 06:07PM TELEPHONE TO OTHER        INTERVIEW/OTHER
  TELEPHONE TO NYCATS / SPOKE WITH MS. CORNELIA, VERIFIED SUBJ ATTENDED PROGRAM
  / COMPLETED / EXTREMELY COMPLIANT WITH PROGRAMING / 100 % ATTENDANCE. ASSESSED
  AND FOUND TO BE LOW RISK / NO INDICATORS OF REOFFENDING. SUBJECT RECOMMENDED F
  OR RE EVALUATION TO DETERMINE CURRENT ISSUES WITH NEW BORN AND SARA CONDITIONS.
SPO REVIEW: NONE
----------------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
10/04/2012 12:54PM CASE CONFERENCE
 CC WITH SPO CAPPIELLO, SUBJ DIRECTED TO REPORT IMMEDIATELY REPORT TO BELLEVUE
MEN'S SHELTER / SUBJ RESTRICTED FROM CONTACT WITH 3 WEEK OLD CHILD / SARA COMPL
IANCE.
SPO REVIEW: NONE
----------------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
10/04/2012 11:58AM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                              CURFEW DISCUSSED
 OFFICE REPORT; NO POLICE CONTACT, SAME RESIDENCE, NO DRUG / ALCOHOL USE. CONDI
TIONS OF RELEASE AND SPECIAL CONDITIONS REVIEWED AND SIGNED. SUBJ REPORTS PROGR
AM COMPLETION ON 9-14-12; DIRECTED TO PROVIDE COMPLETION CERTIFICATES ON NRD.
CC WITH SPO ROSADO, SUBJ MADE AWARE OF SARA CONDITIONS AND NOT ALLOWED TO RESID
E WITH CHILDREN THEREFORE, HE CAN RESIDE WITH CHILDREN IN APT THEREFORE, HE MUS
T IMMEDIATELY RELOCATE TO SHELTER ON THIS DAY DESPITE PROGRAM COMPLETION.
 SUBJ COUNSELED BY SPO CAPPIELLO AND SPO ROSADO REGARDING BOARD CONDITIONS / SA
RA CONDITIONS / NO CONTACT WITH CHILDREN UNDER AGE EIGHTEEN YRS OF AGE. SUBJ FU
RTHER REPORTS COURT APPROVED HIM FOR UNSUPERVISED VISITATION WITH DAUGHTER 14 Y
RS OLD. SUBJ REPORTS 14 YR OLD DAUGHTER IS ALLOWED TO SPEND THE NIGHT IN APT WI
TH SUBJ, AND SUPERVISED BY WIFE. PO WILL INVESTIGATE TERMS AND CONDITIONS OF VI
SITATION ORDER.
SPO REVIEW: NONE
----------------------------------------------------------------------------
ENTERED BY: JENKINS,AISHA
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
REPORT TAKEN BY: JENKINS,AISHA
09/27/2012 04:20PM OFFICE REPORT W/PAROLEE    URINE/DRUG NEGAT   AREA OFFICE
CONTACT ADDRESS: 314 WEST 40TH STREET, NYC 10018
THE SUBJECT REPORTED AS DIRECTED. THE SUBJECT REPORTED NO CHANGES REPORTED. NRD
10/4/12 AT 2:30PM. SUBJECT TESTED NEGATIVE FOR SUBSTANCE.
SPO REVIEW: NONE
----------------------------------------------------------------------------

CONFIDENTIAL                                                    DOCCS0000251

```
CMSCHRON* * *      NEW YORK STATE - DOCCS       * * *      DATE: 04/28/2014
                   COMMUNITY SUPERVISION                    PAGE:     29
                   PAROLEE CHRONO REPORT
                   FROM 01/01/1999 THRU 04/28/2014

    NAME: ▆▆▆▆▆▆▆▆                          AREA: BRONX II
   NYSID: ▆▆▆▆▆▆▆▆                     SPO NAME: ARMSTRONG,JENNIFER
     DIN: ▆▆▆▆▆▆▆▆                      PO NAME: RISSING,ALISON

   DATE         TIME    TYPE                       ACTIVITY          LOCATION
```

ENTERED BY: DITUCCI-CAPPIELLO,JAMES T
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
REPORT TAKEN BY: CAPPIELLO,JAMES
09/25/2012 11:00AM CASE CONFERENCE
CONTACT ADDRESS: 314 W 40 ST, NYC, NY
MET WITH PO SCOTT TO REVIEW CAE FOR OUTSTANDING REPORTS/CASE ACTIONS UTILIZING
INVALID NRD, CMSE098, MCSE022, SOMU WORKSHEET, OUTSTANDING MERIT, NO DD PCA, AN
D OUTSTANDING 3YD. PO TO ACHIEVE HV COMPLIANCE. PREP TRANS TO BRONX
SPO REVIEW: 09/28/2012
--------------------------------------------------------------------------------
ENTERED BY: SCOTT,EMILY
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: SCOTT,EMILY
09/17/2012 05:30PM OTHER WORK
CHRONOS' REVIEWED AND UPDATED
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: LESSER,MICHAEL
AREA: MANHATTAN VI    SPO NAME: CAPPIELLO,JAMES    PO NAME: PO,UNK WILLIAMS
09/13/2012 03:40PM OFFICE REPORT W/PAROLEE    CURFEW DISCUSSED
                                              REVIEWED CONDITIONS
 PAROLE AND PROGRAM COMPLIANCE REPORTED. NO CHANGES OR ISSUES.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: MAXWELL,MICHAELALBERT E
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: PO,UNK WILLIAMS
08/30/2012 11:30AM OFFICE REPORT W/PAROLEE
SAME RESIDENCE AND PROGRAM. DENIES POLICE CONTACT OR DRUG USE.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: MAXWELL,MICHAELALBERT E
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: PO,UNK WILLIAMS
08/23/2012 12:40PM OFFICE REPORT W/PAROLEE
SAME RESIDENCE AND PROGRAM. DENIES POLICE CONTACT OR DRUG USE.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: MAXWELL,MICHAELALBERT E
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: PO,UNK WILLIAMS
08/16/2012 02:25PM OFFICE REPORT W/PAROLEE
SAME RESIDENCE AND PROGRAM. DENIES POLICE CONTACT AND DRUG USE.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: HAMILTON,ARNOLD A
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: PO,UNK WILLIAMS
08/09/2012 03:40PM OFFICE REPORT W/PAROLEE    CURFEW DISCUSSED
 P STATES NO PC, ADDRESS SAME ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, NO ILLEGAL DR
GS OR ALCOH USE. NRD 8/16/12.
SPO REVIEW: NONE
--------------------------------------------------------------------------------

CONFIDENTIAL                                                      DOCCS0000252

```
CMSCHRON* * *           NEW YORK STATE - DOCCS          * * *       DATE: 04/28/2014
                        COMMUNITY SUPERVISION                       PAGE:       30
                        PAROLEE CHRONO REPORT
                     FROM 01/01/1999 THRU 04/28/2014

   NAME:                                          AREA: BRONX II
   NYSID:                                     SPO NAME: ARMSTRONG,JENNIFER
     DIN:                                      PO NAME: RISSING,ALISON


   DATE       TIME    TYPE                      ACTIVITY           LOCATION


   ENTERED BY: URBAN,ANDREW C
   AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: PO,UNK WILLIAMS
   REPORT TAKEN BY: URBAN,ANDREW
   08/02/2012 10:05AM OFFICE REPORT W/PAROLEE    CURFEW DISCUSSED
                                                 REVIEWED CONDITIONS
   P DENIES DRUG USE OR P/C. P REPORTS ATTENDING ALL GROUPS AT NYCATS. P REPORTS S
   AME ADDRESS. P NRD 8/9 AT 930AM
   SPO REVIEW: NONE
   ----------------------------------------------------------------------------
   ENTERED BY: REHAL,JOSEPH G
   AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
   07/26/2012 10:00AM OFFICE REPORT W/PAROLEE    CURFEW DISCUSSED
                                                 REVIEWED CONDITIONS
   P REPORTS NO CHANGES/NO PROBLEMS.
   SPO REVIEW: NONE
   ----------------------------------------------------------------------------
   ENTERED BY: REHAL,JOSEPH G
   AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
   07/23/2012 12:50PM CASE CONFERENCE
       SUB RESIDES IN BX, RES VERIFIED. NO SUPERVISORY ISSUES
   SPO REVIEW: NONE
   ----------------------------------------------------------------------------
   ENTERED BY: REHAL,JOSEPH G
   AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
   07/19/2012 04:45PM PROGRAM VISIT W/OTHER       PROGRAM VERIFIED
   CONTACT ADDRESS: 598 BWAY NYC
   W/MS KRIEGER AT NYCATS. ALL P'S ENROLLED, ATTENDING,AND NO NOTED ISSUES.
   SPO REVIEW: NONE
   ----------------------------------------------------------------------------
   ENTERED BY: REHAL,JOSEPH G
   AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
   07/19/2012 01:17PM OFFICE REPORT W/PAROLEE    URINE/DRUG NEGAT
                                                 CURFEW DISCUSSED
                                                 REVIEWED CONDITIONS

   P REPORTS NO CHANGES IN STATUS.
   SPO REVIEW: NONE
   ----------------------------------------------------------------------------
   ENTERED BY: REHAL,JOSEPH G
   AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
   07/11/2012 06:14AM HOME VISIT W/PAROLEE        CURFEW
   CONTACT ADDRESS:

   P REPORTS NO CHANGES IN STATUS.
   SPO REVIEW: NONE
   ----------------------------------------------------------------------------
```

CONFIDENTIAL                                                              DOCCS0000253