# Exhibit 3

**Part 3 of 3**

Case 1:14-cv-02953-PAE   Document 236-5   Filed 11/10/16   Page 2 of 18

```
CMSCHRON* * *          NEW YORK STATE - DOCCS        * * *      DATE: 04/28/2014
                       COMMUNITY SUPERVISION                    PAGE:     31
                       PAROLEE CHRONO REPORT
                    FROM 01/01/1999 THRU 04/28/2014
```

```
NAME:  ████████                          AREA: BRONX II
NYSID: ████████                          SPO NAME: ARMSTRONG,JENNIFER
DIN:   ████████                          PO NAME:  RISSING,ALISON
```

| DATE | TIME | TYPE | ACTIVITY | LOCATION |
|------|------|------|----------|----------|

ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
06/28/2012 09:43AM OFFICE REPORT W/PAROLEE   CURFEW DISCUSSED
                                             REVIEWED CONDITIONS
P REPORTS NO CHANGES IN STATUS/NO PROBLEMS.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
06/25/2012 12:04PM TELEPHONE FROM PAROLEE
P DISCUSSED ADJOURNED FAMILY CT HEARING.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
06/25/2012 06:54AM TELEPHONE FROM OTHER
JEFF COLT ATTORNEY FROM NEW YORK CENTER FOR CHILDREN... 718-741-3400 ET 242.
VOICEMAIL RE NT CT DATE.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
06/21/2012 03:00PM PROGRAM VISIT W/OTHER    PROGRAM VERIFIED
CONTACT ADDRESS: 598 BWAY

PO S/W CORNEILA FROM NYCATS PROGRAM. P'S ENROLLED.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
06/21/2012 10:42AM OFFICE REPORT W/PAROLEE   CURFEW DISCUSSED
                                             REVIEWED CONDITIONS
P REPORTS NO CHANGES./NO PROBLEMS.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
06/21/2012 06:00AM HOME VISIT W/PAROLEE      CURFEW
CONTACT ADDRESS: ████████████████████
P REPORTS NO CHANGES IN STATUS.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: HENDERSON,ROBERT L
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
06/08/2012 12:45PM POLYGRAPH ADMINISTERED    POLYGRAPH
POLYGRAPH ADMINISTERED.SUBJECT TESTED DI.
SPO REVIEW: NONE
--------------------------------------------------------------------------------

```
CMSCHRON* * *      NEW YORK STATE - DOCCS       * * *     DATE: 04/28/2014
                   COMMUNITY SUPERVISION                  PAGE:      32
                   PAROLEE CHRONO REPORT
                  FROM 01/01/1999 THRU 04/28/2014

   NAME:    [REDACTED]                    AREA: BRONX II
   NYSID:   [REDACTED]                    SPO NAME: ARMSTRONG,JENNIFER
   DIN:     [REDACTED]                    PO NAME: RISSING,ALISON

   DATE      TIME   TYPE                         ACTIVITY        LOCATION
```

ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ     PO NAME: REHAL,JOSEPH
06/08/2012 12:20PM OFFICE REPORT W/PAROLEE    POLYGRAPH
P TO BE POLYGRAPHED TODAY. P REPORTS NO CHANGES IN STATUS.
SPO REVIEW: NONE
-----------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ     PO NAME: REHAL,JOSEPH
06/08/2012 06:48AM HOME VISIT W/PAROLEE        CURFEW
CONTACT ADDRESS: [REDACTED]
P REPORTS NO CHANGES IN STATUS.
SPO REVIEW: NONE
-----------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ     PO NAME: REHAL,JOSEPH
06/07/2012 12:34PM OFFICE REPORT W/PAROLEE    URINE/DRUG NEGAT
                                              CURFEW DISCUSSED
                                              REVIEWED CONDITIONS
P TO BE POLYGRAPHED 6-8-12. NO OTHER CHANGES.
SPO REVIEW: NONE
-----------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ     PO NAME: REHAL,JOSEPH
06/06/2012 06:49AM TELEPHONE TO PAROLEE        CURFEW
NO JOB W/O PO'S PERMISSION. P REPORTS NO OTHER CHANGES.
SPO REVIEW: NONE
-----------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ     PO NAME: REHAL,JOSEPH
05/31/2012 09:49AM OFFICE REPORT W/PAROLEE    URINE/DRUG NEGAT
                                              CURFEW DISCUSSED
                                              REVIEWED CONDITIONS
P REMINDED-EMPLOYMENT MUST BE APPROVED BY PO. P REPORTS NO CHANGES IN STATUS.
SPO REVIEW: NONE
-----------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ     PO NAME: REHAL,JOSEPH
05/30/2012 07:01AM TELEPHONE FROM PAROLEE
VOICEMAIL. JOB REQQEST AT HUNTS POINT MARKET.
SPO REVIEW: NONE
-----------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ     PO NAME: REHAL,JOSEPH
05/24/2012 09:21AM OFFICE REPORT W/PAROLEE    CURFEW DISCUSSED
                                              REVIEWED CONDITIONS
P REPORTS NO CHANGES/NO PROBLEMS.
SPO REVIEW: NONE
-----------------------------------------------------------------------

```
CMSCHRON* * *        NEW YORK STATE - DOCCS       * * *      DATE: 04/28/2014
                     COMMUNITY SUPERVISION                   PAGE:    33
                     PAROLEE CHRONO REPORT
                   FROM 01/01/1999 THRU 04/28/2014

NAME:    [redacted]                          AREA: BRONX II
NYSID:   [redacted]                          SPO NAME: ARMSTRONG,JENNIFER
DIN:     [redacted]                          PO NAME: RISSING,ALISON

DATE       TIME    TYPE                      ACTIVITY          LOCATION
```

ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
05/23/2012 04:55AM HOME VISIT W/PAROLEE        CURFEW
CONTACT ADDRESS: [redacted]
P REPORTS NO CHANGES.
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
05/23/2012 04:55AM HOME VISIT W/OTHER
CONTACT ADDRESS: [redacted]
PO S/W OTHER VISITOR IN LOBBY.
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
05/17/2012 04:44PM CASE CONFERENCE
W/SPO MEDINA. SO STATUS/SUPERVISED VISITATION ORDER BY CT DISCUSSED. CASE TO BE
REVIEWED. COURT ORDER TO BE HONORED FOR NOW.
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
05/17/2012 04:30PM TELEPHONE FROM OTHER
PO S/W JEFF COLT  ATTORNEY FOR P'S CHILD. PO DISCLOSED CIRCUMSTANCES OF P'S SO
CRIME. PO TO CC/WITH SPO BEFORE FINAL DETERMINATION OF SUPERVISED VISITATION
WITH CHILD.
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
05/17/2012 12:30PM TELEPHONE FROM OTHER         PROGRAM VERIFIED
P REPORTED AS DIRECTED TO PROGRAMMING/P COMPLETED INTERVIEW.
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
05/16/2012 05:15PM TELEPHONE TO PAROLEE
P TO NYCATS FOR OASIS INTERVIEW TOMMORROW.
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
05/16/2012 02:20PM TELEPHONE FROM OTHER         PROGRAM VERIFIED
PO TO DIRECT P TO NYCATS TOMMORROW FOR OASIS INTERVIEW.
SPO REVIEW: NONE
-----------------------------------------------------------------------------

CONFIDENTIAL                                              DOCCS0000256

```
CMSCHRON* * *       NEW YORK STATE - DOCCS       * * *       DATE: 04/28/2014
                      COMMUNITY SUPERVISION                   PAGE:    34
                      PAROLEE CHRONO REPORT
                   FROM 01/01/1999 THRU 04/28/2014

    NAME:                                       AREA: BRONX II
   NYSID:                                   SPO NAME: ARMSTRONG,JENNIFER
     DIN:                                    PO NAME: RISSING,ALISON

   DATE       TIME    TYPE                  ACTIVITY         LOCATION
```

ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
05/16/2012 08:10AM TELEPHONE TO OTHER
VOICEMAIL TO ATTORNEY JEFF COLT.
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
05/16/2012 07:36AM TELEPHONE FROM OTHER
VOICEMAIL. 718-741-3400 EXT 242. JEFF COLT FROM NY CHILDREN'S LAW CENTER
REPRESENTING P'S CHILD IN SUPERVISED VISITATION CASE.
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
05/15/2012 05:18AM HOME VISIT W/PAROLEE          CURFEW
CONTACT ADDRESS:
NO CHANGES REPORTED.
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
05/15/2012 05:07AM TELEPHONE TO PAROLEE          CURFEW
CHECK OK.
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
05/10/2012 02:30PM PROGRAM VISIT W/OTHER       PROGRAM VERIFIED
CONTACT ADDRESS: 598 BWAY
W/MS KRIEGER AT NYCATS. ALL ENROLLED, NO ISSUES.
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
05/10/2012 10:44AM OFFICE REPORT W/PAROLEE     CURFEW DISCUSSED
                                               REVIEWED CONDITIONS
                                               LAW ENFORCEMENT
P PROVIDED TEMP ORDER OF PROTECTION FOR VISITATION WITH DAUGHTER
       , AGE 13. SUPERVISED VISITATIONS BY            AND MOTHER-IN-LAW
       . SUNDAY'S ONLY. P REPORTS NO OTHER CHANGES,
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
05/09/2012 05:58AM TELEPHONE TO PAROLEE          CURFEW
CHECK OK.
SPO REVIEW: NONE
------------------------------------------------------------------------

```
CMSCHRON* * *       NEW YORK STATE - DOCCS        * * *    DATE: 04/28/2014
                    COMMUNITY SUPERVISION                  PAGE:       35
                    PAROLEE CHRONO REPORT
                 FROM 01/01/1999 THRU 04/28/2014

    NAME:                                    AREA: BRONX II
    NYSID:                                   SPO NAME: ARMSTRONG,JENNIFER
    DIN:                                     PO NAME: RISSING,ALISON

    DATE       TIME    TYPE                  ACTIVITY        LOCATION

    ENTERED BY: REHAL,JOSEPH
    AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
    05/01/2012 07:23AM TELEPHONE TO PAROLEE
    NO CHANGES.
      NRD 5-10-12.
    SPO REVIEW: NONE
    ------------------------------------------------------------------
    ENTERED BY: LIMA,JOSEPH A
    AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
    REPORT TAKEN BY: LIMA,JOSEPH
    04/26/2012 09:50AM CASE CONFERENCE
    CONTACT ADDRESS: .
    CASE CONFERENCE WITH P.O.REHAL. CASE REVIEWED FOR APPROPRIATE COMPAS LEVEL AND
    FOR CASE COMPLIANCE. P.O. TO CONTINUE TO MONITOR FOR CONTINUED COMPLIANCE AS
    PER BOARD MANDATES. THIS ENTRY WAS MADE BY S.P.O. MEDINA.
    NEEDS COMPAS LEVEL CHANGE.
    SPO REVIEW: NONE
    ------------------------------------------------------------------
    ENTERED BY: REHAL,JOSEPH
    AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
    04/23/2012 07:05AM HOME VISIT W/PAROLEE       CURFEW
    CONTACT ADDRESS:
    P REPORTS NO CHANGES IN STATUS.
    SPO REVIEW: NONE
    ------------------------------------------------------------------
    ENTERED BY: REHAL,JOSEPH
    AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
    04/19/2012 03:14PM PROGRAM VISIT W/OTHER      PROGRAM VERIFIED
    W/MS KRIEGER AT NYCATS. OK.
    SPO REVIEW: NONE
    ------------------------------------------------------------------
    ENTERED BY: REHAL,JOSEPH
    AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
    04/19/2012 11:00AM OFFICE REPORT W/PAROLEE    CURFEW DISCUSSED
                                                  REVIEWED CONDITIONS
                                                  URINE/DRUG NEGATIVE
    P REPORTS NO CHANGES IN STATUS.
    SPO REVIEW: NONE
    ------------------------------------------------------------------
    ENTERED BY: REHAL,JOSEPH
    AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
    04/11/2012 09:14AM OFFICE REPORT W/PAROLEE    CURFEW DISCUSSED
                                                  REVIEWED CONDITIONS
    P DISCUSSED POSSIBILITY OF WIFE BEING PREGNANT. P COUNSELED ON SAR RSTRICTIONS.

    P REPORTS NO OTHER CHANGES.
    SPO REVIEW: NONE
    ------------------------------------------------------------------
```

CONFIDENTIAL                                                    DOCCS0000258

```
CMSCHRON* * *        NEW YORK STATE - DOCCS        * * *      DATE: 04/28/2014
                     COMMUNITY SUPERVISION                    PAGE:    36
                     PAROLEE CHRONO REPORT
                   FROM 01/01/1999 THRU 04/28/2014

   NAME:  ▓▓▓▓▓▓▓▓▓▓                           AREA: BRONX II
   NYSID: ▓▓▓▓▓▓▓▓▓▓                           SPO NAME: ARMSTRONG,JENNIFER
   DIN:   ▓▓▓▓▓▓                               PO NAME: RISSING,ALISON

   DATE       TIME    TYPE                       ACTIVITY         LOCATION

   ENTERED BY: REHAL,JOSEPH
   AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
   04/05/2012 10:04AM OFFICE REPORT W/PAROLEE    CURFEW DISCUSSED
                                                 REVIEWED CONDITIONS
   P REPORTS NO CHANGES IN STATUS. NO PROBLEMS.
         P COUNSELED, NO JOB W/O PO'S PRIOR PERMISSION.
   SPO REVIEW: NONE
   ------------------------------------------------------------------------
   ENTERED BY: REHAL,JOSEPH
   AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
   04/03/2012 05:45AM HOME VISIT W/PAROLEE       CURFEW
   CONTACT ADDRESS: ▓▓▓▓▓▓▓▓▓▓
   P REQUESTED AND DENIED PERMISSION TO ALLOW WIFE'S COUSIN AND YOUNG CHILD STAY
   AT RESIDENCE FOR TWO NIGHTS. P COUNSELED: NO CHILDREN ALLOWED IN APARTMENT W/O P
   O'S PRIOR PERMISSION AND ANOTHER RESPONSIBLE ADULT WOULD HAVE TO BE PRESENT.
   CASE WOULD ALSO HAVE TO BE CONFERENCED W/PO'S SUPERVISOR.
   SPO REVIEW: NONE
   ------------------------------------------------------------------------
   ENTERED BY: REHAL,JOSEPH
   AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
   03/23/2012 06:51AM HOME VISIT W/OTHER
   CONTACT ADDRESS: ▓▓▓▓▓▓▓▓▓▓
   PO S./W P'S WIFE.
   SPO REVIEW: NONE
   ------------------------------------------------------------------------
   ENTERED BY: REHAL,JOSEPH
   AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
   03/23/2012 06:50AM HOME VISIT W/PAROLEE       CURFEW
   CONTACT ADDRESS: ▓▓▓▓▓▓▓▓▓▓
   P REPORTS NO CHANGES.
   SPO REVIEW: NONE
   ------------------------------------------------------------------------
   ENTERED BY: REHAL,JOSEPH
   AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
   03/22/2012 09:53AM OFFICE REPORT W/PAROLEE    CURFEW DISCUSSED
                                                 REVIEWED CONDITIONS
   P REPORTS NO CHANGES/NO PROBLEMS.
   SPO REVIEW: NONE
   ------------------------------------------------------------------------
   ENTERED BY: LIMA,JOSEPH A
   AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
   REPORT TAKEN BY: LIMA,JOSEPH
   03/21/2012 09:28AM CASE CONFERENCE
   CONTACT ADDRESS: .
   CASE CONFERENCE WITH P.O. REHAL.SPECIAL CONDITIONS REVIEWED FOR CASE COMPLIANCE
   P.O. TO MONITOR CASE FOR CONTINUED COMPLIANCE AS PER BOARD MANDATES.
   SPO REVIEW: NONE
   ------------------------------------------------------------------------
```

```
CMSCHRON* * *         NEW YORK STATE - DOCCS          * * *      DATE: 04/28/2014
                      COMMUNITY SUPERVISION                      PAGE:    37
                       PAROLEE CHRONO REPORT
                   FROM 01/01/1999 THRU 04/28/2014

   NAME:  ███████                          AREA: BRONX II
  NYSID:  ███████                          SPO NAME: ARMSTRONG,JENNIFER
    DIN:  ███████                          PO NAME: RISSING,ALISON

   DATE        TIME    TYPE                         ACTIVITY        LOCATION


 ENTERED BY: REHAL,JOSEPH
 AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
 03/15/2012 03:00PM PROGRAM VISIT W/OTHER      PROGRAM VERIFIED
 CONTACT ADDRESS: 598 BWAY
 W/C. KRIEGER AT NYCATS. ALL P'S ENROLLED AND ATTENDING.
 SPO REVIEW: NONE
 ------------------------------------------------------------------------
 ENTERED BY: REHAL,JOSEPH
 AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
 03/15/2012 09:30AM OFFICE REPORT W/PAROLEE    CURFEW DISCUSSED
                                               REVIEWED CONDITIONS
 P REPORTS NO CHANGES/NO PROBLEMS.
 SPO REVIEW: NONE
 ------------------------------------------------------------------------
 ENTERED BY: REHAL,JOSEPH
 AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
 03/08/2012 09:35AM OFFICE REPORT W/PAROLEE    CURFEW DISCUSSED
                                               REVIEWED CONDITIONS
 P REPORTS NO CHANGES/NO PROBLEMS.
 SPO REVIEW: NONE
 ------------------------------------------------------------------------
 ENTERED BY: REHAL,JOSEPH
 AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
 03/06/2012 06:54AM HOME VISIT W/PAROLEE       CURFEW
 CONTACT ADDRESS: ███████████████████

 P RE PORTS NO CHANGES.
 SPO REVIEW: NONE
 ------------------------------------------------------------------------
 ENTERED BY: REHAL,JOSEPH
 AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
 03/06/2012 06:49AM TELEPHONE TO PAROLEE       CURFEW

 PHONE CHECK OK.
 SPO REVIEW: NONE
 ------------------------------------------------------------------------
 ENTERED BY: REHAL,JOSEPH
 AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
 03/01/2012 06:00PM CASE CONFERENCE
 CONTACT ADDRESS: 314 W 40TH
 W/SPO MEDINA. PREPARE CASES FOR TRANSFER.
 SPO REVIEW: NONE
 ------------------------------------------------------------------------
```

CONFIDENTIAL                                                    DOCCS0000260

```
CMSCHRON* * *           NEW YORK STATE - DOCCS         * * *      DATE: 04/28/2014
                        COMMUNITY SUPERVISION                     PAGE:    38
                        PAROLEE CHRONO REPORT
                    FROM 01/01/1999 THRU 04/28/2014

   NAME:                                        AREA: BRONX II
   NYSID:                                       SPO NAME: ARMSTRONG,JENNIFER
   DIN:                                         PO NAME: RISSING,ALISON

   DATE       TIME    TYPE                      ACTIVITY          LOCATION

   ENTERED BY: REHAL,JOSEPH
   AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
   03/01/2012 10:16AM OFFICE REPORT W/PAROLEE   CURFEW DISCUSSED
                                                REVIEWED CONDITIONS
                                                URINE/DRUG NEGATIVE

   P REPORTS NO CHANGES IN STATUS/NO PROBLEMS.
   SPO REVIEW: NONE
   ------------------------------------------------------------------------
   ENTERED BY: LIMA,JOSEPH A
   AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
   REPORT TAKEN BY: LIMA,JOSEPH
   02/17/2012 10:47AM CASE CONFERENCE
   CONTACT ADDRESS: .
   CASE CONFERENCE WITH P.O. REHAL. DISCUSSED SPECIAL CONDITIONS AND REVIEWED CASE
   FOR COMPLIANCE. P.O. TO MONITOR MANDATED PROGRAMS FOR CONTINUED COMPLIANCE.
   SPO REVIEW: NONE
   ------------------------------------------------------------------------
   ENTERED BY: REHAL,JOSEPH
   AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
   02/16/2012 03:00PM PROGRAM VISIT W/OTHER    PROGRAM VERIFIED
   CONTACT ADDRESS: 598 BWAY

   W/MS KRIEGER AT NYCATS. P'S ATTENDING.
   SPO REVIEW: NONE
   ------------------------------------------------------------------------
   ENTERED BY: REHAL,JOSEPH
   AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
   02/16/2012 10:02AM OFFICE REPORT W/PAROLEE   CURFEW DISCUSSED
                                                REVIEWED CONDITIONS
   P REPORTS NO CHANGES/NO PROBLEMS.
   SPO REVIEW: NONE
   ------------------------------------------------------------------------
   ENTERED BY: REHAL,JOSEPH
   AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
   02/14/2012 04:55AM HOME VISIT W/PAROLEE      CURFEW
   CONTACT ADDRESS:
   P REPORTS NO CHANGES.
   SPO REVIEW: NONE
   ------------------------------------------------------------------------
   ENTERED BY: REHAL,JOSEPH
   AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
   02/09/2012 09:51AM OFFICE REPORT W/PAROLEE   CURFEW DISCUSSED
                                                REVIEWED CONDITIONS
                                                URINE/DRUG NEGATIVE
   P REPORTS NO CHANGES/NO JOB W/O PO'S PRIOR PERMISSION. P REPORTY S NO CHANGES.
   SPO REVIEW: NONE
   ------------------------------------------------------------------------
```

```
CMSCHRON* * *      NEW YORK STATE - DOCCS      * * *       DATE: 04/28/2014
                   COMMUNITY SUPERVISION                   PAGE:     39
                   PAROLEE CHRONO REPORT
              FROM 01/01/1999 THRU 04/28/2014

   NAME:                                       AREA: BRONX II
  NYSID:                                  SPO NAME: ARMSTRONG,JENNIFER
    DIN:                                   PO NAME: RISSING,ALISON

 DATE        TIME     TYPE                    ACTIVITY          LOCATION

 ENTERED BY: REHAL,JOSEPH
 AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
 02/02/2012 10:17AM OFFICE REPORT W/PAROLEE     CURFEW DISCUSSED
                                                REVIEWED CONDITIONS
 P DISCUSSED COURT HEARING ABOUT VISITATION W/DAUGHTER. CASE PENDING, P REPORTS
 NO OTHER CHANGES.
 SPO REVIEW: NONE
 -------------------------------------------------------------------------------
 ENTERED BY: REHAL,JOSEPH
 AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
 02/01/2012 06:55AM HOME VISIT W/PAROLEE         CURFEW
 CONTACT ADDRESS:
 P REPORTS NO CHANGES.
 SPO REVIEW: NONE
 -------------------------------------------------------------------------------
 ENTERED BY: REHAL,JOSEPH
 AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
 02/01/2012 06:50AM TELEPHONE TO PAROLEE         CURFEW
 PHONE CHECK OK.
 SPO REVIEW: NONE
 -------------------------------------------------------------------------------
 ENTERED BY: HAMILTON,ARNOLD
 AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
 01/26/2012 01:45PM OFFICE REPORT W/PAROLEE      CURFEW DISCUSSED
  P. STATES NO CHANGES AND NO PROBLEMS. NRD 2/2/12.
 SPO REVIEW: NONE
 -------------------------------------------------------------------------------
 ENTERED BY: REHAL,JOSEPH
 AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
 01/19/2012 02:40PM PROGRAM VISIT W/OTHER        PROGRAM VERIFIED
 CONTACT ADDRESS: 598 BWAY
 W/MS KRIEGER AT NYCATS. ALL ENROLLED.
 SPO REVIEW: NONE
 -------------------------------------------------------------------------------
 ENTERED BY: REHAL,JOSEPH
 AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
 01/19/2012 09:54AM OFFICE REPORT W/PAROLEE      CURFEW DISCUSSED
                                                 REVIEWED CONDITIONS
 P REPORTS NEED FOR EMAIL ADDRESS AT WEP PROGRAM TO OBTAIN JOB LISTINGS/REFERRAL
 S. P INFORMED MUST REPORT EMAIL ADDRESS TO PO AND DCJS REGISTRY. P UNDERSTANDS.
 SPO REVIEW: NONE
 -------------------------------------------------------------------------------
 ENTERED BY: REHAL,JOSEPH
 AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
 01/17/2012 07:50AM OTHER WORK
 PO REVIEWED FILES.
 SPO REVIEW: NONE
 -------------------------------------------------------------------------------
```

```
CMSCHRON* * *         NEW YORK STATE - DOCCS      * * *      DATE: 04/28/2014
                      COMMUNITY SUPERVISION                  PAGE:    40
                       PAROLEE CHRONO REPORT
                    FROM 01/01/1999 THRU 04/28/2014

  NAME:  ███████████                    AREA: BRONX II
  NYSID: ███                            SPO NAME: ARMSTRONG,JENNIFER
   DIN:  ███                            PO NAME: RISSING,ALISON

  DATE        TIME      TYPE                   ACTIVITY         LOCATION
```

ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
01/17/2012 05:32AM HOME VISIT W/PAROLEE       CURFEW
CONTACT ADDRESS: ███████████████████████
P REPORTS NO CHANGES.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
01/12/2012 09:22AM OFFICE REPORT W/PAROLEE    CURFEW DISCUSSED
                                              REVIEWED CONDITIONS
P REPORTS NO CHANGES/NO PROBLEMS.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
01/11/2012 04:05AM HOME VISIT W/PAROLEE       CURFEW
CONTACT ADDRESS: ███████████████████████
P REPORTS NO CHANGES.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
01/05/2012 09:01AM OFFICE REPORT W/PAROLEE    CURFEW DISCUSSED
                                              REVIEWED CONDITIONS
P REPORTS NO CHANGES IN STATUS.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
01/03/2012 12:54PM TELEPHONE FROM PAROLEE

VOICEMAIL.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
12/27/2011 04:45AM HOME VISIT W/PAROLEE       CURFEW
CONTACT ADDRESS: ███████████████████████
PO INVESTIGATED P'S NEW APT.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
12/27/2011 04:40AM TELEPHONE TO PAROLEE       CURFEW
CHECK OK.
SPO REVIEW: NONE
--------------------------------------------------------------------------

CONFIDENTIAL                                                    DOCCS0000263

```
NAME:                                          AREA: BRONX II
NYSID:                                         SPO NAME: ARMSTRONG,JENNIFER
DIN:                                           PO NAME: RISSING,ALISON

DATE       TIME    TYPE                        ACTIVITY         LOCATION
```

ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
12/22/2011 11:39AM OFFICE REPORT W/PAROLEE    CURFEW DISCUSSED
                                              REVIEWED CONDITIONS
P DISCUSSED NEW RESIDENCE. P REPORTS NO CHANGES.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
12/14/2011 05:41AM HOME VISIT W/PAROLEE        CURFEW
CONTACT ADDRESS: 315 BOWERY,NEW YORK,100037105
P REPORTS NO CHANGES.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
12/14/2011 05:35AM HOME VISIT W/OTHER
CONTACT ADDRESS: 315 BOWERY,NEW YORK,100037105
STAFF CONFIRMED P'S STATUS.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
12/08/2011 11:15AM OFFICE REPORT W/PAROLEE    CURFEW DISCUSSED
                                              REVIEWED CONDITIONS
P REPORTS NO CHANGES/NO PROBLEMS.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
12/07/2011 07:15AM TELEPHONE FROM PAROLEE
P REPORTED HIS PROPOSED RESIDENCE/MOVE IN ON 12-15-11 AT CEDAR ST, BRONX.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
12/02/2011 05:45AM HOME VISIT W/PAROLEE        CURFEW
CONTACT ADDRESS: 315 BOWERY,NEW YORK,100037105
P REPORTS NO CHANGES.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
12/02/2011 05:41AM HOME VISIT W/OTHER
CONTACT ADDRESS: 315 BOWERY,NEW YORK,100037105
STAFF CONFIRMED STATUS.
SPO REVIEW: NONE
--------------------------------------------------------------------------

CONFIDENTIAL                                                    DOCCS0000264

```
CMSCHRON* * *         NEW YORK STATE - DOCCS         * * *        DATE: 04/28/2014
                      COMMUNITY SUPERVISION                        PAGE:     42
                      PAROLEE CHRONO REPORT
                      FROM 01/01/1999 THRU 04/28/2014

    NAME:   ████████                        AREA: BRONX II
    NYSID:  ████████                        SPO NAME: ARMSTRONG,JENNIFER
    DIN:    ████████                        PO NAME: RISSING,ALISON

    DATE       TIME    TYPE                     ACTIVITY         LOCATION
```

ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
12/01/2011 03:30PM PROGRAM VISIT W/OTHER      PROGRAM VERIFIED
CONTACT ADDRESS: 598 BROADWAY
PO S/W MS KRIEGER FROM NYCATS. PROGRAMMING CONFIRMED.
SPO REVIEW: NONE
----------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
12/01/2011 08:45AM OFFICE REPORT W/PAROLEE    URINE/DRUG NEGAT
                                              CURFEW DISCUSSED
                                              REVIEWED CONDITIONS
                                              LAW ENFORCEMENT

P REPORTS NO CHANGES IN STATUS/NO PROBLEMS.
P PROVIDED NYS CHANGES OF RES FORM FROM SOMU.
SPO REVIEW: NONE
----------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
11/29/2011 06:47AM TELEPHONE TO PAROLEE       CURFEW
CHECK OK.
SPO REVIEW: NONE
----------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
11/23/2011 09:25AM OFFICE REPORT W/PAROLEE    CURFEW DISCUSSED
                                              REVIEWED CONDITIONS
P REPORTS NO CHANGES/NO PROBLEMS.
SPO REVIEW: NONE
----------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
11/22/2011 06:29AM HOME VISIT W/PAROLEE       CURFEW
CONTACT ADDRESS: 315 BOWERY,NEW YORK,100037105
P REPORTS NO CHANGES.
SPO REVIEW: NONE
----------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
11/22/2011 06:26AM HOME VISIT W/OTHER
CONTACT ADDRESS: 315 BOWERY,NEW YORK,100037105
STAFF CONFIRMED STATUS.
SPO REVIEW: NONE
----------------------------------------------------------------------

```
CMSCHRON* * *           NEW YORK STATE - DOCCS          * * *     DATE: 04/28/2014
                         COMMUNITY SUPERVISION                     PAGE:    43
                          PAROLEE CHRONO REPORT
                        FROM 01/01/1999 THRU 04/28/2014
```

```
NAME:                                              AREA: BRONX II
NYSID:                                         SPO NAME: ARMSTRONG,JENNIFER
  DIN:                                          PO NAME: RISSING,ALISON

DATE       TIME    TYPE                    ACTIVITY           LOCATION
```

ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
11/21/2011 11:26AM TELEPHONE TO OTHER

PO S/W P'S WIFE. SEE F11.
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
11/15/2011 06:44AM TELEPHONE TO PAROLEE          CURFEW
NRD 11-23-11.
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
11/10/2011 08:27AM OTHER WORK
PO REVIERWED FILE.
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
11/10/2011 06:39AM TELEPHONE TO PAROLEE          CURFEW
P REPORTS NO CHANGES.
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
11/10/2011 12:30AM HOME VISIT W/PAROLEE          CURFEW
CONTACT ADDRESS: 400 E 30TH ST,NEW YORK,100168310
CONDUCTED BY PO FITZPATRICK.
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
11/09/2011 04:00PM PROGRAM VISIT W/OTHER      PROGRAM VERIFIED
W/ MS KREIGER FROM NYCATS. P NOW ENROLLED.
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI    SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
11/09/2011 01:46PM TELEPHONE TO OTHER         PROGRAM VERIFIED
MS KREIGER AT NYCATS. INTAKE 11-10-11 10AM.
SPO REVIEW: NONE
-----------------------------------------------------------------------------

CONFIDENTIAL                                                       DOCCS0000266

```
CMSCHRON* * *         NEW YORK STATE - DOCCS       * * *     DATE: 04/28/2014
                        COMMUNITY SUPERVISION                  PAGE:     44
                        PAROLEE CHRONO REPORT
                    FROM 01/01/1999 THRU 04/28/2014

   NAME:     [REDACTED]                          AREA: BRONX II
   NYSID:    [REDACTED]                          SPO NAME: ARMSTRONG,JENNIFER
   DIN:      [REDACTED]                          PO NAME: RISSING,ALISON

   DATE       TIME    TYPE                       ACTIVITY         LOCATION

   ENTERED BY: REHAL,JOSEPH
   AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
   11/09/2011 01:44PM OFFICE REPORT W/PAROLEE     CURFEW DISCUSSED
                                                  REVIEWED CONDITIONS
   SPEC COND READ/REVIEWED W/P. P UNDERSTANDS. P PLACED ON WEEKLY REPORTING STATUS
   P REPORTS TRANSFERRED TO BELLEVUE SHELTER, NO P/C, NO DRUG USE NYCAST
   INTAKE 11-10-11 10AM.
   SPO REVIEW: NONE
   ------------------------------------------------------------------------
   ENTERED BY: ROOKWOOD,CECIL R
   AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
   REPORT TAKEN BY: ROOKWOOD,CECIL
   11/03/2011 10:15AM OFFICE REPORT W/PAROLEE     DUTY OFFICER
                                                  PHOTO TAKEN
                                                  INTERVIEW/REL CONDS
   P MADE OP TODAY. CONDITIONS OF RELEASE WERE READ TO P WHO EXPRESSED UNDERSTANDI
   NG. P SIGNED ARRIVAL SHEET. P ALSO COMPLIED WITH PIMMS AND PHOTO IMAGING. P CUR
   RENTLY RESIDES AT BELLEVUE MENS SHELTER AND GAVE DO COPY OF DOCUMENTATION. PO I
   NSTRUCTED P TO MAKE OP TO PO REHAL ON 11/9 @ 9AM. P EXPRESSED UNDERSTANDING. P
   CURFEW RESTRICTION 7PM-7AM.
   SPO REVIEW: NONE
   ------------------------------------------------------------------------
   ENTERED BY: REHAL,JOSEPH
   AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
   11/03/2011 05:52AM HOME VISIT W/OTHER
   CONTACT ADDRESS: 400 E 30TH ST,NEW YORK,100168310
   PO CHECKED ROSTER AT BELLE AND S/W DHS POLICE.
   SPO REVIEW: NONE
   ------------------------------------------------------------------------
   ENTERED BY: LIBERTY,DARLENE M
   AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
   11/02/2011 07:01AM OTHER WORK
   INMATE TO BE RELEASED TODAY, 11/2/11.  "SARA" AND "E-STOP" RELEASE SHEETS
   FAXED TO QUALITY & CONTROL ON THIS SEX OFFENDER PER PROCEDURE. (DL)
   SPO REVIEW: NONE
   ------------------------------------------------------------------------
   ENTERED BY: STARK,KEITH E
   AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
   10/21/2011 09:30AM RELEASE INTERVIEW            CURFEW DISCUSSED  PRISON/JAIL
                                                   FEES DISCUSSED
                                                   FIELD ALERT!
                                                   INTERVIEW/REL CONDS
                                                   REVIEWED CONDITIONS
   CONTACT ADDRESS: ALTONA CF
   INMATE REVIEWED AND SIGNED RELEASE DOCUMENTS (INMATE WOULD NOT SIGN SUPERVISION
   FEE ACKNOWLEDGEMENT FORM). REPORTING CONDITIONS AND RESIDENCE PROGRAM EXPLAINED
   TO INMATE.
   SPO REVIEW: NONE
   ------------------------------------------------------------------------
```

```
CMSCHRON* * *        NEW YORK STATE - DOCCS        * * *   DATE: 04/28/2014
                       COMMUNITY SUPERVISION                PAGE:    45
                        PAROLEE CHRONO REPORT
                     FROM 01/01/1999 THRU 04/28/2014

  NAME:   █████████                       AREA: BRONX II
  NYSID:  █████████                       SPO NAME: ARMSTRONG,JENNIFER
  DIN:    █████████                       PO NAME: RISSING,ALISON

  DATE       TIME    TYPE                     ACTIVITY        LOCATION
```

ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
10/19/2011 06:03PM TELEPHONE TO OTHER
PO S/W █████████ REGARDING REJECTION OF RESIDENCE...347-433-9306
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: JABAUT,JAMES D
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
10/19/2011 09:30AM OTHER WORK
TF INMATES WIFE █████████ INFORMED ADDRESS REJECTED/ ADDRESS WILL BE SHELTER
SUGGESTED SHE LET HIM TAKE BUS TO NY
ALTONA COUNSELOR INFORMED.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
10/11/2011 09:13AM OTHER WORK
COMPLETED PREP SUBMITTED TO SPO MEDINA'S OFFICE FOR APPROVAL.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
10/11/2011 09:12AM REPORTING INSTRUCTIONS
SUBJECT MUST REPORT WITHIN 24 HOURS TO THE MANHATTAN VI AREA OFFICE
119 W 31ST ST, MANHATTAN, NY 10001       PHONE:(212) 736-9801
UPON ARRIVAL, PHOTOS WILL BE TAKEN, SPECIAL CONDITIONS IMPOSED AND
SUBSEQUENT REPORTING INSTRUCTIONS WILL BE GIVEN AT THAT TIME.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
10/11/2011 09:10AM SUPERVISION PLAN
SUBJECT WILL BE REFERRED TO BELLEVUE SHELTER FOR HOUSING. SUBJECT'S SA, SOR
AND ANGERMANAGEMENT NEEDS WILL BE ADDRESSED AT NYCATS PROGRAMMING.
EMPLOYMENT NEEDS WILL BE ADDRESSED UPON RELEASE. SUBECT IS A REGISTERED SEX
OFFENDER WITH SARA CONDITIONS. SUBJECT WILL BE MONITORED CLOSELY WHILE ON
PAROLE SUPERVISION.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: JABAUT,JAMES D
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
10/11/2011 09:00AM OTHER WORK
TF FIELD APPROVED BELLVUE MENS SHELTER 400EAST 30TH ST, NY, NY
PRIOR PROPOSED WAS REJECTED.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ   PO NAME: REHAL,JOSEPH
10/11/2011 09:00AM TELEPHONE TO OTHER         LAW ENFORCEMENT
PO S/W FPO2 JABAEET AT ALTONA CF. P OUT ON COURT TRIP. RETURN DATE UNKNOWN.
NO OTHER PROPOSED RES. AT THIS TIME. P WILL BE REFERRED TO BELLEVUE SHELTER.
SPO REVIEW: NONE
--------------------------------------------------------------------------------

CONFIDENTIAL                                                    DOCCS0000268

```
CMSCHRON* * *           NEW YORK STATE - DOCCS        * * *      DATE: 04/28/2014
                           COMMUNITY SUPERVISION                 PAGE:       46
                            PAROLEE CHRONO REPORT
                         FROM 01/01/1999 THRU 04/28/2014

   NAME:     █████████                        AREA: BRONX II
   NYSID:    ███                              SPO NAME: ARMSTRONG,JENNIFER
   DIN:      ███                              PO NAME: RISSING,ALISON

   DATE      TIME    TYPE                     ACTIVITY          LOCATION
```

ENTERED BY: REHAL,JOSEPH
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
10/05/2011 06:14PM LETTER FROM OTHER

MAPQUEST PROPOSED RES REJECTED W/IN 1000FT OF CHILDREN'S CENTER. SEE F17.
SPO REVIEW: NONE
---
ENTERED BY: JABAUT,JAMES D
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
08/31/2011 01:45PM COMMUNITY PREP INTERVIEW
CONTACT ADDRESS: ALTONA
TF SUBJECTS WIFE INDICATES ON SEPTEMBER 15TH SHE WILL BE AT THE ████████
███████████████████████████████████████████████████
SPO REVIEW: NONE
---
ENTERED BY: ROSADO,RICHARD
AREA: MANHATTAN VI   SPO NAME: PO,UNK RODRIGUEZ    PO NAME: REHAL,JOSEPH
08/31/2011 07:29AM OTHER WORK
CASE ASSIGNED TO PO REHAL
SPO REVIEW: NONE
---
ENTERED BY:
AREA: MANHATTAN VI   SPO NAME: AREA SUPERVISOR    PO NAME: AREA SUPERVISOR
08/26/2011 04:02AM COMPAS ASM'T COMPLETED
SCREENER: STARK, KEITH
LOCATION: ALTONA
SPO REVIEW: NONE
---
ENTERED BY: LABARGE,REBECCA A
AREA: MANHATTAN VI   SPO NAME: AREA SUPERVISOR    PO NAME: AREA SUPERVISOR
08/25/2011 09:40AM OTHER WORK
COMMUNITY PREP PACKET MAILED TO MANHATTAN VI AREA OFFICE
SPO REVIEW: NONE
---
ENTERED BY: STARK,KEITH E
AREA: MANHATTAN VI   SPO NAME: AREA SUPERVISOR    PO NAME: AREA SUPERVISOR
08/17/2011 09:00AM FACILITY DOCUMENTS
APPROPRIATE DOCUMENTS REVIEWED.
SPO REVIEW: NONE
---
ENTERED BY: STARK,KEITH E
AREA: MANHATTAN VI   SPO NAME: AREA SUPERVISOR    PO NAME: AREA SUPERVISOR
08/17/2011 09:00AM FACILITY INTERVIEW          ADDRESS PROPOSED   PRISON/JAIL
                                               CURFEW DISCUSSED
                                               FIELD ALERT!
CONTACT ADDRESS: ALTONA CF
INMATE INTERVIEWED REGARDING HIS 11/02/11 CR. FA- NATURE OF PRESENT OFFENSE
(RAPE AND SODOMY OF FEMALE CHILD UNDER AGE 17).
SPO REVIEW: NONE
---

NAME: ▮                                AREA: BRONX II
NYSID: ▮                               SPO NAME: ARMSTRONG,JENNIFER
  DIN: ▮                               PO NAME: RISSING,ALISON

DATE      TIME   TYPE                  ACTIVITY         LOCATION

ENTERED BY: EVANS,KATHERINE M
AREA:            SPO NAME:                  PO NAME:
04/30/2010 01:00PM FACILITY INTERVIEW       INTERVIEW/PRE-BO   PRISON/JAIL
                                            FIELD ALERT!
CONTACT ADDRESS: COLLINS
INTERVIEW FOR 6/2010 REAP BOARD. NOTICE OF BOARD APPEARANCE SIGNED. SUBJECT
IS SO REGISTRY CASE INVOLVING INTERCOURSE AND SEXUAL ABUSE OF 13 YEAR OLD
FEMALE. SHOWS NO INSIGHT AND NO REMORSE. PROPOSES TO RESIDE WITH NEW WIFE,
▮                                                           . STATES SHE
RESIDES ALONE. SUBJECT HAS HISTORY OF ROBBERIES AND WEAPONS POSSESSION.
HE STATES HE HAS NO APPEALS PENDING ON INSTANT OFFENSE CONVICTION.
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: WEAVER,MARJORIE
AREA:            SPO NAME:                  PO NAME:
02/24/2010 01:40PM OTHER WORK
  SECOND REQUEST FOR SENTENCING MINUTES SENT #1544-03
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: RYAN,PATRICIA
AREA:            SPO NAME:                  PO NAME:
06/27/2008 09:00AM OTHER WORK
SENT INMATE BOARD DECISION WITH APPEAL NOTICE/PAR
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: RYAN,PATRICIA
AREA:            SPO NAME:                  PO NAME:
05/23/2008 01:45PM OTHER WORK
SENT INMATE COPY OF 6-08 INITIAL SUMMARY/PAR
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: LAGEORGIA,JOSEPH F
AREA:            SPO NAME:                  PO NAME:
05/16/2008 09:50AM FACILITY INTERVIEW       INTERVIEW/PRE-BO
CONTACT ADDRESS: LIVINGSTON
INTERVIEWED FOR 6-08 INIT. SUMMARY
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: ROESSEL,MARY A
AREA:            SPO NAME:                  PO NAME:
04/02/2008 03:48PM OTHER WORK
SENT SENTENCING MINUTE LETTER.
SPO REVIEW: NONE
------------------------------------------------------------------------

                      * * * END OF REPORT * * *

CONFIDENTIAL                                            DOCCS0000270