**Debevoise & Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-27-17

January 26, 2017

BY ECF

Judge Paul A. Engelmayer
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2201
New York, NY 10007

**Re: Doe v. Annucci et al. (14-cv-2953)**

Dear Judge Engelmayer:

Plaintiffs write to the Court to respectfully seek leave to redact portions of certain exhibits to the Supplemental Declaration of Blair R. Albom in Further Support of Plaintiffs' Motion for Summary Judgment ("Supplemental Albom Declaration"), which were filed today on ECF in redacted form. An un-redacted set of exhibits was submitted to Chambers via email.

Your Honor has previously permitted the Parties to file redacted versions of excerpts of depositions taken in this litigation based on the sensitive personal identifying information contained therein. (Dkt. Nos. 5, 108, 238, 254.)

Plaintiffs request leave to redact the personal identifying information contained in Exhibits 2, 4, 5, and 6 to the Supplemental Albom Declaration, which are excerpts of depositions taken in this litigation. This material is in substance the same material that Your Honor has previously allowed Plaintiffs to redact.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Blair R. Albom

Blair R. Albom                                          1/27/17

cc: All counsel (via ECF)

Granted. Plaintiffs may publicly file redacted versions and submit unredacted versions to the Court, which plaintiffs have already done. The Court directs plaintiffs also to file the unredacted versions under seal.

SO ORDERED:

Paul A. Engely

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE