

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

November 15, 2017

<u>BY ECF</u>

Judge Paul A. Engelmayer
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2201
New York, NY 10007

**Re: Doe v. Annucci et al. (14-cv-2953)**

Dear Judge Engelmayer:

  Pursuant to the Court's order dated September 18, 2017 (Dkt. No. 286), the parties in the above-captioned case write jointly to "report[ ] on the status of, and pending schedule for, the appeals" of the Court's decision on summary judgment (Dkt. No. 283).

  Defendants-Appellants Cappiello, Lima, Rosado, and Valerio have filed appeals with the Second Circuit.  Defendant-Appellant Rosado is scheduled to submit his appellate brief on January 4, 2018.  Defendants-Appellants Cappiello, Lima, and Valerio are scheduled to submit their appellate briefs on January 18, 2018.  A date for Plaintiffs-Appellees' appellate brief has not yet been set.

  We will continue to update the Court on a bi-monthly basis as to the status of the appeals.

               Respectfully submitted,

| | |
|---|---|
| /s/ Blair R. Albom | /s/ Lauren Stephens Davidowitz |
| | |
| Blair R. Albom | Lauren Stephens-Davidowitz |
| Debevoise & Plimpton LLP | Office of the Appellate Defender |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |
| | |
| /s/ Jeffrey P. Mans | /s/ Edward Hammock |
| | |
| Jeffrey P. Mans | Edward Hammock |
| Lippes Mathias Wexler & Friedman LLP | Hammock & Sullivan PC |
| *Attorneys for Defendants Lima and Valerio* | *Attorneys for Defendant Rosado* |

Judge Paul A. Engelmayer 2 November 15, 2017

/s/ Robert A. Soloway  /s/ Edward Michael Kratt

Robert A. Soloway  Edward Michael Kratt
Rothman Schneider Soloway & Stern LLP  *Attorney for Defendant Rosado*
*Attorneys for Defendant Cappiello*