

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

March 16, 2018

<u>BY ECF</u>

Judge Paul A. Engelmayer
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2201
New York, NY 10007

**Re: Doe v. Annucci et al. (14-cv-2953)**

Dear Judge Engelmayer:

Pursuant to the Court's order dated September 18, 2017 (Dkt. No. 286), the parties in the above-captioned case write jointly to "report[ ] on the status of, and pending schedule for, the appeals" of the Court's decision on summary judgment (Dkt. No. 283).

The appellate briefs for Defendants-Appellants Cappiello, Lima, Rosado, and Valerio were filed in the Second Circuit on January 18, 2018. Plaintiffs-Appellees' appellate brief is due to be filed on April 19, 2018.

We will continue to update the Court on a bi-monthly basis as to the status of the appeals.

Respectfully submitted,

/s/ Blair R. Albom                                   /s/ Lauren Stephens Davidowitz

Blair R. Albom                                        Lauren Stephens-Davidowitz
Friedman Kaplan Seiler & Adelman LLP   Office of the Appellate Defender
*Attorneys for Plaintiffs*                        *Attorneys for Plaintiffs*

Judge Paul A. Engelmayer          2          March 16, 2018

/s/ Nathan S. Richards          /s/ Edward Hammock

Nathan S. Richards
Debevoise & Plimpton LLP
*Attorneys for Plaintiffs*

Edward Hammock
Hammock & Sullivan PC
*Attorneys for Defendant Rosado*

/s/ Jeffrey P. Mans          /s/ Edward Michael Kratt

Jeffrey P. Mans
Lippes Mathias Wexler & Friedman LLP
*Attorneys for Defendants Lima and Valerio*

Edward Michael Kratt
*Attorney for Defendant Rosado*

/s/ Robert A. Soloway

Robert A. Soloway
Rothman Schneider Soloway & Stern LLP
*Attorneys for Defendant Cappiello*