

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

July 16, 2018

<u>BY ECF</u>

Judge Paul A. Engelmayer
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2201
New York, NY 10007

**Re: Doe v. Annucci et al. (14-cv-2953)**

Dear Judge Engelmayer:

      Pursuant to the Court's order dated September 18, 2017 (Dkt. No. 286), the parties in the above-captioned case write jointly to "report[ ] on the status of, and pending schedule for, the appeals" of the Court's decision on summary judgment (Dkt. No. 283).

      The opening appellate briefs for Defendants-Appellants Cappiello, Lima, Rosado, and Valerio were filed in the Second Circuit on January 18, 2018. Plaintiffs-Appellees' appellate brief was filed on April 19, 2018. The reply briefs for Defendants-Appellants were filed on May 24, 2018. The parties have not yet been informed if or when oral argument on the appeals will be scheduled.

      We will continue to update the Court on a bi-monthly basis as to the status of the appeals.

      Respectfully submitted,

| | |
|---|---|
| <u>/s/ Blair R. Albom</u> | <u>/s/ Christina Swarns</u> |
| Blair R. Albom | Christina Swarns |
| Friedman Kaplan Seiler & Adelman LLP | Office of the Appellate Defender |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |
| | |
| <u>/s/ Nathan S. Richards</u> | <u>/s/ Edward Michael Kratt</u> |
| Nathan S. Richards | Edward Michael Kratt |
| Debevoise & Plimpton LLP | Of Counsel to Hammock & Sullivan PC |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Rosado* |

Judge Paul A. Engelmayer                                2                                July 16, 2018


/s/ Jeffrey P. Mans                          /s/ Robert A. Soloway

Jeffrey P. Mans                              Robert A. Soloway
Lippes Mathias Wexler & Friedman LLP         Rothman Schneider Soloway & Stern LLP
*Attorneys for Defendants Lima and Valerio*  *Attorneys for Defendant Cappiello*