UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOHN DOE and JANE DOE, Individually and on behalf of
M.S. an Infant, as Next Friends,

                                      Plaintiffs,

                    -v-

JOSEPH LIMA, Bureau Chief of the Manhattan VI Area
Office of the New York State Division of Parole; Parole
Officer EMILY SCOTT; Parole Officer SIMON
VALERIO; Senior Parole Officer RICHARD ROSADO;
and Senior Parole Officer JAMES CAPPIELLO,

                                      Defendants.
------------------------------------------------------------------------X

14 Civ. 2953 (PAE)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/19

PAUL A. ENGELMAYER, District Judge:

On February 21, 2019, the Second Circuit Court of Appeals issued a mandate affirming the Court's order denying defendants' claim of qualified immunity. Dkt. 320. Accordingly, the Court lifts the stay imposed on September 18, 2017. Dkt. 286.

As the Court noted in its August 31, 2017 Order, the Court's decision granting plaintiffs' motion for summary judgment and denying defendants' cross-motions resolved issues of liability but did not address damages. Dkt. 284. The Court would benefit from hearing counsel's views as to the proper next steps in, and future course of, this lawsuit. Accordingly, the Court directs that counsel meet and confer on this subject by Wednesday, March 13, 2019, and to submit, by Monday, March 18, 2019, a joint letter setting forth the parties' respective views on this subject.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer

1

                          United States District Judge

Dated: March 6, 2019
       New York, New York