

March 18, 2019

BY ECF

Judge Paul A. Engelmayer
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 2201
New York, NY 10007

      Re:    *Doe v. Lima et al.* (14-cv-2953)

Dear Judge Engelmayer:

      Pursuant to the Court's order dated March 7, 2019 (Dkt. No. 321), the parties in the above-captioned case met and conferred on March 13 and write jointly to share their "views as to the proper next steps in, and future course of this lawsuit."

      At this time, the parties wish to explore the possibility of a negotiated resolution of the litigation. We would ask the Court to give the parties thirty (30) days to pursue discussions in aid of potential settlement, after which the parties would provide an update to the Court as to the status of those discussions. If no agreement has been reached, the parties intend to move forward with the damages trial that Your Honor previously adjourned pending the appeals on qualified immunity by Defendants Lima, Valerio, Cappiello, and Rosado, and we would at that time ask the Court to schedule a pretrial conference in accordance with Your Honor's individual rules to, *inter alia*, set a trial date and deadlines for the parties' pretrial submissions.

      We look forward to the Court's guidance regarding next steps.

                                  Respectfully submitted,

| | |
|---|---|
| /s/ Blair R. Albom | /s/ Nathan S. Richards |
| Blair R. Albom | Nathan S. Richards |
| Friedman Kaplan Seiler & Adelman LLP | Debevoise & Plimpton LLP |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |
| | |
| /s/ Karena Rahall | /s/ Edward Michael Kratt |
| Karena Rahall | Edward Michael Kratt |
| Office of the Appellate Defender | Of Counsel to Hammock & Sullivan PC |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Rosado* |

Judge Paul A. Engelmayer  - 2 -  March 18, 2019

/s/ Lawrence Henry Schaefer  /s/ Robert A. Soloway
Lawrence Henry Schaefer  Robert A. Soloway
Lippes Mathias Wexler & Friedman LLP  Rothman Schneider Soloway & Stern LLP
*Attorneys for Defendants Lima and Valerio*  *Attorneys for Defendant Cappiello*

/s/ Goetz L. Vilsaint
 Goetz L. Vilsaint
 Law Office of Goetz L. Vilsaint
*Attorneys for Defendant Scott*