# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

July 2, 2019

BY ECF

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re: John Doe v Lima et al
            14 Civ. 2953 (PAE)

Dear Judge Engelmayer:

    I am counsel for James Cappiello in the above-captioned matter. Pursuant to your Order of May 21, 2019 the Court is due a letter today from the parties advising the status of settlement negotiations. Since our last status letter, all defendants have become signatories to a comprehensive settlement memorandum which has been delivered to the Department of Corrections and Community Supervision and the New York State Attorney General's Office seeking authority to settle this matter with plaintiffs. With the consent of plaintiffs, we now respectfully request a thirty day extension before the Court sets this matter down for a damages trial and schedules pre-trial submissions so that we may learn the decision of agents of the States agencies before proceeding further with the litigation. Given the current status, we hope and expect to have a firm decision for the Court as to where matters stand on or before thirty days from today.

    Thank you very much for your attention.

Sincerely,

Robert A. Soloway (SC)

cc: All counsel
    (by ECF)
RAS:sc