

Draft — August 1, 2019

August 1, 2019

BY ECF

Judge Paul A. Engelmayer
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 2201
New York, NY 10007

      Re:    *Doe v. Lima et al.* (14-cv-2953)

Dear Judge Engelmayer:

      The parties write to advise the Court that they have exchanged settlement offers and wish to continue discussing the possibility of a negotiated resolution of the litigation. We would ask the Court to give the parties an additional thirty (30) days to pursue discussions in aid of potential settlement, after which the parties would provide another update to the Court as to the status of those discussions.

      Respectfully submitted,

| | |
|---|---|
| /s/ Blair R. Albom | /s/ Robert A. Soloway |
| Blair R. Albom | Robert A. Soloway |
| Friedman Kaplan Seiler & Adelman LLP | Rothman Schneider Soloway & Stern LLP |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Cappiello* |
| | |
| /s/ Nathan S. Richards | /s/ Edward Michael Kratt |
| Nathan S. Richards | Edward Michael Kratt |
| Debevoise & Plimpton LLP | Of Counsel to Hammock & Sullivan PC |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Rosado* |
| | |
| /s/ Lawrence Henry Schaefer | /s/ Goetz L. Vilsaint |
| Lawrence Henry Schaefer | Goetz L. Vilsaint |
| Lippes Mathias Wexler & Friedman LLP | Law Office of Goetz L. Vilsaint |
| *Attorneys for Defendants Lima and Valerio* | *Attorneys for Defendant Scott* |