

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

September 6, 2019

Judge Paul A. Engelmayer
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2201
New York, NY 10007

Re: *Doe v. Annucci et al.* **(14-cv-2953)**
**Withdrawal of Attorney**

Dear Judge Engelmayer:

  Please be advised that, as of September 6, 2019, Sean Heikkila is no longer employed by Debevoise & Plimpton LLP.

  I hereby respectfully request the Court's permission to have Mr. Heikkila's name removed from the Court's docket and ECF distribution list. I would be most grateful if Your Honor would approve of this withdrawal by having this letter memo endorsed so that the Clerk may modify and update the Court's records.

  Thank you for your attention to this request.

            Respectfully submitted,

            /s/ Nathan S. Richards

            Nathan S. Richards

cc: All counsel (via ECF)

            SO ORDERED:


            _____
            U.S.D.J.