

September 20, 2019

BY ECF

Judge Paul A. Engelmayer
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 2201
New York, NY 10007

        Re:    *Doe v. Lima et al.* (14-cv-2953)

Dear Judge Engelmayer:

        I write on behalf of the parties to advise the Court that the parties have exchanged settlement offers and wish to continue discussing the possibility of a negotiated resolution of the litigation. We ask the Court to give the parties an additional thirty (30) days to pursue discussions in aid of potential settlement, after which we would provide the Court with an update regarding the status of those discussions.

                                    Respectfully submitted,

                                    /s/ Blair R. Albom
                                  Blair R. Albom
                                  Friedman Kaplan Seiler & Adelman LLP
                                  *Attorneys for Plaintiffs*

Granted.                9/23/19

SO ORDERED.

                        *Paul A. Engelmayer*
                        PAUL A. ENGELMAYER
                        United States District Judge

7 Times Square, New York, NY 10036-6516   212 833 1100   fklaw.com