**FRIEDMAN KAPLAN** FRIEDMAN KAPLAN SEILER & ADELMAN LLP

October 22, 2019

BY ECF

Judge Paul A. Engelmayer
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Doe v. Lima et al.* (14-cv-2953)

Dear Judge Engelmayer:

The parties write jointly to advise the Court that despite their good-faith efforts, they have been unable to reach a negotiated resolution of the litigation. Although the Court's rules at this stage provide for the setting of a trial date and submission of a proposed joint pretrial order together with motions *in limine*, proposed *voir dire* questions, and any pretrial memoranda, the parties believe that Your Honor's ruling with regard to certain motions *in limine* will renew interest of the parties in working toward settlement. Thus, prior to the parties' undertaking the other significant expenses attendant to trial preparation, including drafting the joint pretrial order, *voir dire* questions, and any pretrial memoranda, we respectfully request that the Court set a briefing schedule for motions *in limine*, after which the parties will request time to re-engage with settlement discussions. If no negotiated resolution is reached, the Court would then set a trial date and deadline for submission of all other pretrial filings. If proceeding in this manner is acceptable to the Court, we propose that the parties submit any motions *in limine* by November 25, 2019, with oppositions due on December 9, 2019.

Respectfully submitted,

/s/ Blair R. Albom
Blair R. Albom
Friedman Kaplan Seiler & Adelman LLP
*Attorneys for Plaintiffs*

/s/ Nathan S. Richards
Nathan S. Richards
Debevoise & Plimpton LLP
*Attorneys for Plaintiffs*

/s/ Karena Rahall
Karena Rahall
Office of the Appellate Defender
*Attorneys for Plaintiffs*

/s/ Edward Michael Kratt
Edward Michael Kratt
Of Counsel to Hammock & Sullivan PC
*Attorneys for Defendant Rosado*

Judge Paul A. Engelmayer     - 2 -     October 22, 2019

/s/ Lawrence Henry Schaefer
Lawrence Henry Schaefer
Lippes Mathias Wexler & Friedman LLP
*Attorneys for Defendants Lima and Valerio*

/s/ Robert A. Soloway
Robert A. Soloway
Rothman Schneider Soloway & Stern LLP
*Attorneys for Defendant Cappiello*

/s/ Goetz L. Vilsaint
Goetz L. Vilsaint
Law Office of Goetz L. Vilsaint
*Attorneys for Defendant Scott*

10/22/19

Granted. Motions *in limine* are due by November 25, 2019. Oppositions, if any, are due on December 9, 2019. The Court will set a trial date and deadline for submission of all other pretrial filings after resolving the motions *in limine*.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge