ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN
_____
RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

December 11, 2019

BY ECF

Hon. Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

            Re: Doe v. James Cappiello
            14 Civ. 2953 (PAE)

Dear Judge Engelmayer:

    With no objection from plaintiffs' counsel, by Blair Albom and
Nathan Richards, I write to request permission to re-file defendant James
Cappiello's Memorandum of Points and Authorities in Support of Motions
in Limine to add the defense Table of Authorities which was not included
due to oversight, and to change minor pagination errors in the Table of
Contents.  In no way at all is any content of the Memorandum being
altered, corrected, amended or changed.

    Thank you for your attention to this matter.

                                        Sincerely,

                                        Robert A. Soloway

cc: All Counsel
    (By ECF)

Granted.                    12/12/19
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge