# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

December 12, 2019

BY ECF

Hon. Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: Doe v. James Cappiello
           14 Civ. 2953 (PAE)

Dear Judge Engelmayer:

    My firm represents James Cappiello in the above-referenced matter. I write pursuant to Rule 4B of the Court's Individual Rules seeking permission to file Exhibits A and B to the defense in limine motions under seal because plaintiffs' were granted permission to proceed anonymously by this Court's Order of April 30, 2014, with leave for such status to be addressed at a later time.[1] Exhibit A is John Doe's New York State Division of Criminal Justice Services criminal history report, which is a confidential document, contains copious confidential information, and also recites Doe's true name multiple times throughout. Exhibit B is the transcript of Doe's sentence of May 11, 2005 in the sexual assault case which led to the parole supervision underlying this action, and it too states Doe's true name multiple times. I have discussed this matter with plaintiffs' counsel, and they concur that the application to file Exhibits A and B under seal should be made.

    Thank you for your attention to this matter.

                                     Sincerely,

                                     Robert A. Soloway

---

1

Granted.                          12/12/19

SO ORDERED.   *Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge