UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
JOHN DOE and JANE DOE, Individually and on behalf of :
M.S. an Infant, as Next Friends,                                     :         14 Civ. 2953 (PAE)
:
                       Plaintiffs,                                                    :         ORDER
:
                -v-                                                                         :
:
JOSEPH LIMA, Bureau Chief of the Manhattan VI Area :
Office of the New York State Division of Parole; Parole :
Officer EMILY SCOTT; Parole Officer SIMON        :
VALERIO; Senior Parole Officer RICHARD ROSADO; :
and Senior Parole Officer JAMES CAPPIELLO,       :
:
                       Defendants.                                                :
:
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

      The Court today issued an order resolving, to the extent possible, the pending motions *in limine*. Counsel have previously notified the Court that its resolution of these motions may facilitate settlement. The Court accordingly will hold off setting a trial date until Friday, February 28, 2020, to give counsel a meaningful opportunity to renew and complete settlement discussions. If no settlement has been reported as of that date, counsel are to notify the Court by letter that day of this fact. The letter should also set out counsel's estimate of the length of a jury trial into damages in this matter. The Court's law clerk will then be in touch with counsel to schedule such a trial, which the Court expects most likely would be held in late spring.

SO ORDERED.

               Paul A. Engelmayer
               United States District Judge

Dated: February 13, 2020
       New York, New York