

July 7, 2020

BY ECF

Judge Paul A. Engelmayer
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 2201
New York, NY 10007

          Re:    *Doe v. Lima et al.* (14-cv-2953)

Dear Judge Engelmayer:

      I write on behalf of Plaintiffs in the above-referenced case to request a one-week extension of the Court's deadline for the parties to submit the pretrial filings required by the Court's Individual Rule 5(A)-(B). Pursuant to Your Honor's memo endorsement of June 26, these submissions are due on July 8 and a pretrial conference is to be held on July 17. We are mindful that Your Honor indicated the parties should not expect an extension of the initial deadline, and the parties have been working diligently to meet it, but require additional time to complete the submissions. Plaintiffs therefore respectfully request that the parties' deadline to file their submissions be extended to July 15. This is Plaintiffs' first request for an extension of time.

      Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        /s/ Blair R. Albom
                                        Blair R. Albom
                                        Friedman Kaplan Seiler & Adelman LLP
                                        *Attorneys for Plaintiffs*

                                        7/8/2020

Granted. Pretrial filings are due July 15.  The case management conference is adjourned to July 21, 2020, at 2:30 p.m.
SO ORDERED.

            *[signature]*
            _____
            PAUL A. ENGELMAYER
            United States District Judge