UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
JOHN DOE and JANE DOE, Individually and on behalf of :
M.S. an Infant, as Next Friends,                                  :          14 Civ. 2953 (PAE)
:
Plaintiffs,                       :          ORDER
:
-v-                                             :
:
JOSEPH LIMA, Bureau Chief of the Manhattan VI Area      :
Office of the New York State Division of Parole; Parole :
Officer EMILY SCOTT; Parole Officer SIMON              :
VALERIO; Senior Parole Officer RICHARD ROSADO;  :
and Senior Parole Officer JAMES CAPPIELLO,             :
:
Defendants.                   :
:
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed and approves of the parties' redactions to Exhibit A of the Joint Pretrial Order, Dkt. 391-1. The Court directs the parties to electronically file an unredacted version of that exhibit under seal.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: July 17, 2020
       New York, New York