UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                                   :

JOHN DOE and JANE DOE, Individually and on behalf of :
M.S. an Infant, as Next Friends,                       :          14 Civ. 2953 (PAE)
                                                                                :
                       Plaintiffs,                      :              <u>ORDER</u>
                                                                                :
                            -v-                                              :
                                                                                :

JOSEPH LIMA, Bureau Chief of the Manhattan VI Area  :
Office of the New York State Division of Parole; Parole  :
Officer EMILY SCOTT; Parole Officer SIMON           :
VALERIO; Senior Parole Officer RICHARD ROSADO;   :
and Senior Parole Officer JAMES CAPPIELLO,          :
                                                                                 :
                        Defendants.                   :
                                                                                  :
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

       For the reasons set forth on the record of today's conference, each defendant's summary of proposed testimony is due Friday, July 24, 2020, at noon.  Plaintiffs' motions *in limine* as to such testimony, if any, are due Friday, July 31, 2020.  Defendants' oppositions, if any, are due Friday, August 7, 2020.

       Trial is scheduled to begin March 8, 2021.  The Court further schedules a final pretrial conference for February 26, 2021, at 10 a.m.

       SO ORDERED.

                                                                                                                        _____
                                                                                                                        Paul A. Engelmayer
                                                                                                                        United States District Judge

Dated: July 21, 2020
       New York, New York