UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE and JANE DOE, Individually and on behalf of M.S. an Infant, as Next Friends,

                        Plaintiff,

-v-

JOSEPH LIMA, Bureau Chief of the Manhattan VI Area Office of the New York State Division of Parole; Parole Officer EMILY SCOTT; Parole Officer SIMON VALERIO; Senior Parole Officer RICHARD ROSADO; and Senior Parole Officer JAMES CAPPIELLO,

                        Defendants.

14 Civ. 2953 (PAE) (JLC)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has been informed by United States Magistrate James L. Cott that the parties have reached a settlement in principle in this case, and that defendants intend to memorialize and submit their agreement to various state agencies by December 11, 2020 for their review and approval.  Accordingly, the Court directs the parties to file a joint status report apprising it of their progress in those efforts by December 14, 2020, and every 30 days thereafter until the agreement is finalized and submitted to the Court for its approval.

      The Court thanks and commends the parties and Judge Cott for their efforts to resolve the damages issues in this case.

      SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated:  November 25, 2020
        New York, New York