

54 State Street
Suite 1001
Albany, NY 12207
Phone: 518.462.0110
Fax: 518.462.5260
lippes.com

LAWRENCE H. SCHAEFER
LSCHAEFER@LIPPES.COM

**VIA ECF**

December 14, 2020

Paul A. Engelmayer, U.S. District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   John Doe, et al. v. Joseph Lima, et al.
      14-CV-2953
      (PAE / JLC)

Dear Judge Engelmayer:

On November 25, 2020, the parties indicated that they had reached a settlement in principle in the above-referenced case. On December 11, 2020, counsel for Defendants provided a joint memorandum to the deciding officials at the New York State Attorney General's Office and the New York State Department of Corrections and Community Supervision regarding the settlement proposal.

Pursuant to your November 25, 2020 Order, the parties will report back to you every thirty (30) days or as soon as the agreement is approved.

Thank you for your continuing courtesies.

Respectfully,

Lawrence H. Schaefer
LHS/gsp
cc:   Robert Soloway (via email)
      Goetz L. Vilsaint (via email)
      Blair Albom (via email)
      Edward Kratt (via email)