UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE and JANE DOE, Individually and on behalf of M.S. an Infant, as Next Friends,

                        Plaintiff,

-v-

JOSEPH LIMA, Bureau Chief of the Manhattan VI Area Office of the New York State Division of Parole; Parole Officer EMILY SCOTT; Parole Officer SIMON VALERIO; Senior Parole Officer RICHARD ROSADO; and Senior Parole Officer JAMES CAPPIELLO,

                        Defendants.

14 Civ. 2953 (PAE) (JLC)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 25, 2020, the Court was informed that the parties had reached a settlement and intended to submit a proposed agreement to state decision-makers for review and approval by December 11, 2020. Dkt. 424. The Court directed the parties to file a joint status report updating it on the status of settlement approval "by December 14, 2020, and every 30 days thereafter until the agreement is finalized and submitted to the Court for its approval." *Id.* On December 14, 2020, the parties reported that they had submitted their agreement to the relevant state decision-makers. Dkt. 425. On January 13, 2021, the parties reported that those decision-makers had not reached a decision as to the proposed settlement agreement. Dkt. 427. Thirty days have passed since that update, but the Court has not received anything further from the parties. In accord with the Court's prior order, the parties are directed to file their monthly status report by Friday, February 19, 2021, at 5:00 p.m. That filing should set forth their views as to whether the final pretrial conference, scheduled for February 26, 2021, should go forward.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 17, 2021
       New York, New York