UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE and JANE DOE, Individually and on behalf of
M.S. an Infant, as Next Friends,

                                        Plaintiff,

                    -v-

JOSEPH LIMA, Bureau Chief of the Manhattan
VI Area Office of the New York State Division of Parole;
Parole Officer EMILY SCOTT; Parole Officer SIMON
VALERIO; Senior Parole Officer RICHARD ROSADO;
and Senior Parole Officer JAMES CAPPIELLO,

                                        Defendants.

---

14 Civ. 2953 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The conference scheduled for February 26, 2021, at 10:00 a.m. will be held telephonically.

The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter

Access Code 468-4906 followed by the pound (#) key.

Counsel are directed to review the Court's s Emergency Individual Rules and Practices in

Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's

procedures for telephonic conferences and for instructions for communicating with chambers,

and, pursuant to Emergency Individual Rule 2(C), to inform the Court, via email to

EngelmayerNYSDchambers@nysd.uscourts.gov, counsel who will be appearing and speaking on

behalf of each party, and the telephone number from which each attorney will be calling in.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: February 25, 2021
       New York, New York