UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE and JANE DOE, Individually and on behalf of M.S. an Infant, as Next Friends,

                         Plaintiff,

-v-

JOSEPH LIMA, Bureau Chief of the Manhattan VI Area Office of the New York State Division of Parole; Parole Officer EMILY SCOTT; Parole Officer SIMON VALERIO; Senior Parole Officer RICHARD ROSADO; and Senior Parole Officer JAMES CAPPIELLO,

                         Defendants.

14 Civ. 2953 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from Cathy Y. Sheehan, Esq., deputy commissioner and counsel to the New York State Department of Corrections and Community Supervision. Dkt. 436. Ms. Sheehan reports that, for multiple reasons, she is unable to attend in person the conference scheduled in this matter for this Tuesday, March 9, 2021, at 10:30 am. The purpose of that conference is to assure that due attention is being paid by New York State decision-makers to the adverse consequences of not approving the settlement that the parties and state officials have carefully negotiated, with the assistance of the Honorable James L. Cott, United States Magistrate Judge. The Court of course accepts Ms. Sheehan's explanation for her unavailability to attend in person, including based on illness within Ms. Sheehan's household, and wishes Ms. Sheehan and her significant other well. Ms. Sheehan, however, states that she is able to attend this conference by remote means.

Insofar as Ms. Sheehan's presence had been the central reason for the conference to be held in person, the Court will convert the conference to an entirely telephonic conference. All counsel and parties are to participate by telephone at the previously scheduled date and time: Tuesday, March 9, 2021, at 10:30 a.m. Participants should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906 followed by the pound (#) key. All parties are directed to review the Court's s Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. Pursuant to Emergency Individual Rule 2(C), all participating counsel, Ms. Sheehan, and the participating representative of the Office of the New York Attorney General are to contact the Court by email at EngelmayerNYSDchambers@nysd.uscourts.gov, by today, March 8, 2021, at 2:00 p.m. to notify the Court of the name(s) of the person who will be participating in the telephonic conference, and the phone numbers at which they can be reached during Tuesday's conference, in the event it becomes necessary (*e.g.*, in the event of technological problems).

To assure that notice of this conference is promptly received by Ms. Sheehan and the NYAG participant(s), the Court orders Mr. Schaefer today, by email, to serve this order on Ms. Sheehan and the representatives of the NYAG with whom settlement discussions have been held, and thereafter to file a letter on the docket of this case confirming that receipt of these emails has been acknowledged.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated:   March 8, 2021
         New York, New York